# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THINGS REMEMBERED, INC., *et al.*,[1] | ) Case No. 19-10234 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF AGENDA FOR HEARING SCHEDULED FOR FEBRUARY 20, 2019, AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[2]

**MATTER GOING FORWARD:**

1. Debtors' Motion for Entry of Orders (I) Appointing a Consumer Privacy Ombudsman, (II)(A) Approving Bidding Procedures, (B) Approving Bid Protections, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Establishing Procedures for the Assumption and Assignment of Contracts and Leases, (III)(A) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, and (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (IV) Granting Related Relief [Docket No. 23, filed on February 6, 2019].

    Responses Received: Informal comments received from the Office of the United States Trustee.

    Related Documents:

    A. Debtors' Motion Seeking Entry of an Order Shortening the Notice and Objection Period for the Debtors' Bidding Procedures Hearing [Docket No. 24, filed on February 6, 2019].

    B. Ordering Directing the United States Trustee to Appoint Consumer Privacy Ombudsman [Docket No. 72, entered on February 7, 2019].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Things Remembered, Inc. (2696); TRM Holdco Corp. (5858); and TRM Holdings Corporation (2354). The location of the Debtors' service address is: 5500 Avion Park Drive, Highland Heights, Ohio 44143.

[2] Any party who wishes to attend telephonically is required to make arrangements prior to the hearing through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

{1229.001-W0054136.}

C. Order Shortening the Notice and Objection Period for the Debtors' Bidding Procedures Hearing [Docket No. 73, entered on February 7, 2019].

D. Notice of Hearing Regarding Debtors' Motion for Entry of Orders (I) Appointing a Consumer Privacy Ombudsman, (II)(A) Approving Bidding Procedures, (B) Approving Bid Protections, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Establishing Procedures for the Assumption and Assignment of Contracts and Leases, (III)(A) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, and (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (IV) Granting Related Relief [Docket No. 81, entered on February 7, 2019].

Status: This matter is going forward.

Dated: February 15, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:   (302) 467-4400
Facsimile:   (302) 467-4450
Email:       landis@lrclaw.com
             mcguire@lrclaw.com
             brown@lrclaw.com
             pierce@lrclaw.com

-and-

**KIRKLAND & ELLIS LLP**
Christopher T. Greco, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       christopher.greco@kirkland.com
             derek.hunter@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
Angela M. Snell
Spencer A. Winters (admitted *pro hac vice*)
Catherine Jun
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         angela.snell@kirkland.com
                   spencer.winters@kirkland.com
                   catherine.jun@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*