**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Things Remembered Inc. | : | Case No. 19-10234 (KG) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Jewelry Concepts, Inc.**, Attn: Earl Feeney, 41 Western Industrial Drive, Cranston, RI 02921, Phone: 401-228-8586; Fax: 401-228-8540

2. **Gravotech Inc. (dba Gravograph)**, Attn: Gerard Guyard, 2200 Northmont Parkway, Duluth, GA, Phone: 404-409-6487

3. **Chu Kwun Kee Metal Manufactory c/o Brian Mitteldorf,** 14226 Ventura Blvd, Sherman Oaks, CA 91423, Phone: 818-990-4800, Fax: 818-990-3904

4. **Brookfield Property REIT, Inc**., Attn: Julie Minnick Bowden, 350 N Orleans St., Suite 300, Chicago, IL 60654, Phone: 312-960-2707, Fax: 312-442-6374

5. **Simon Proerty Group, L.P.**, Attn: Ronald Tucker, 225 West Washington Street, Indianapolis, IN 46204, Phone: 317-263-2346, Fax: 317-263-7901


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ *Timothy Fox* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: February 15, 2019

Attorney assigned to this Case: Timothy Fox, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Kimberly Brown, Esq., Phone: 302-467-4400, Fax: 302-467-4450