IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THINGS REMEMBERED, INC., *et al.*,[1] | ) Case No. 19-10234 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**THIRD AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR FEBRUARY 20, 2019, AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[3]**

[***DUE TO THE CLOSING OF THE COURT FOR INCLEMENT WEATHER, THIS HEARING HAS BEEN RESCHEDULED TO PROCEED TELEPHONICALLY ON FEBRUARY 21, 2019 AT 9:30 A.M. (EST)***]

**MATTER GOING FORWARD:**

1. Debtors' Motion for Entry of Orders (I) Appointing a Consumer Privacy Ombudsman, (II)(A) Approving Bidding Procedures, (B) Approving Bid Protections, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Establishing Procedures for the Assumption and Assignment of Contracts and Leases, (III)(A) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, and (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (IV) Granting Related Relief [Docket No. 23, filed on February 6, 2019].

    Response Deadline: March 19, 2019 at 12:00 p.m. (ET). Extended to March 19, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee.

    Responses Received:

    A. Informal comments received from the Official Committee of Unsecured Creditors.

    B. Informal comments received from Washington Prime Group Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Things Remembered, Inc. (2696); TRM Holdco Corp. (5858); and TRM Holdings Corporation (2354). The location of the Debtors' service address is: 5500 Avion Park Drive, Highland Heights, Ohio 44143.

[2] **Amended items appear in bold.**

[3] Any party who wishes to attend telephonically is required to make arrangements prior to the hearing through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

C. Limited Objection of Aronov Realty Management, Brookfield Property REIT Inc., Centennial Real Estate Company, LLC, Kravco Company LLC, Montebello Town Center Investors LLC, ST Mall Owner, LLC, YTC Mall Owner, LLC, Starwood Retail Partners LLC, and The Macerich Company to Debtors' Motion for Entry of Orders (I) Appointing a Consumer Privacy Ombudsman, (II)(A) Approving Bidding Procedures, (B) Approving Bid Protections, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Establishing Procedures for the Assumption and Assignment of Contracts and Leases, (III)(A) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, and (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (IV) Granting Related Relief [Docket No. 131, filed on February 19, 2019].

D. Joinder of Taubman Landlords to Limited Objection of Certain Landlords to Debtors Motion for Entry of Order Approving Bidding Procedures [Docket No. 132, filed on February 19, 2019].

E. Limited Objection of the United States Trustee to the Debtors' Motion for Entry of Orders (I) Appointing a Consumer Privacy Ombudsman, (II)(A) Approving Bidding Procedures, (B) Approving Bid Protections, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Establishing Procedures for the Assumption and Assignment of Contracts and Leases, (III)(A) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, and (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (IV) Granting Related Relief [Docket No. 138, filed on February 19, 2019].

F. Debtors' Omnibus Reply to Objections to Bidding Procedures Motion [Docket No. 143, filed on February 20, 2019].

G. **Joinder Of North Riverside Park Associates LLC To Limited Objection Of Certain Landlords To Debtors Motion For Entry Of Order Approving Bidding Procedures And Other Related Relief [Docket No. 147, filed on February 20, 2019].**

Related Documents:

A. Debtors' Motion Seeking Entry of an Order Shortening the Notice and Objection Period for the Debtors' Bidding Procedures Hearing [Docket No. 24, filed on February 6, 2019].

B. Ordering Directing the United States Trustee to Appoint Consumer Privacy Ombudsman [Docket No. 72, entered on February 7, 2019].

C. Order Shortening the Notice and Objection Period for the Debtors' Bidding Procedures Hearing [Docket No. 73, entered on February 7, 2019].

D. Notice of Hearing Regarding Debtors' Motion for Entry of Orders (I) Appointing a Consumer Privacy Ombudsman, (II)(A) Approving Bidding Procedures, (B) Approving Bid Protections, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Establishing Procedures for the Assumption and Assignment of Contracts and Leases, (III)(A) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, and (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (IV) Granting Related Relief [Docket No. 81, entered on February 7, 2019].

E. Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 123, filed on February 15, 2019].

F. Declaration of Robert J. Duffy in Support of the Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures, (B) Approving Bid Protections, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, and (E) Establishing Procedures for the Assumption and Assignment of Contracts and Leases [Docket No. 126, filed on February 18, 2019].

G. Declaration of Michael Kollender in Support of Debtors' Motion for Entry of Order (A) Approving Bidding Procedures, (B) Approving Bid Protections, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, and (E) Establishing Procedures for the Assumption and Assignment of Contracts and Leases [Docket No. 127, filed on February 18, 2019].

H. Notice of Rescheduled Bid Procedures Hearing [Docket No. 142, filed on February 20, 2019].

I. Notice of Filing Revised Bid Procedures Order [Docket No. 145, filed on February 20, 2019].

*[Remainder of page intentionally left blank.]*

Status: **With the exception of the limited objection filed by the United States Trustee, all informal comments and responses have been resolved.** This matter is going forward.

Dated: February 20, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kimberly A. Brown

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:     (302) 467-4400
Facsimile:     (302) 467-4450
Email:         landis@lrclaw.com
               mcguire@lrclaw.com
               brown@lrclaw.com
               pierce@lrclaw.com

-and-

**KIRKLAND & ELLIS LLP**
Christopher T. Greco, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         christopher.greco@kirkland.com
               derek.hunter@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
Angela M. Snell
Spencer A. Winters (admitted *pro hac vice*)
Catherine Jun
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         angela.snell@kirkland.com
               spencer.winters@kirkland.com
               catherine.jun@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*