**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THINGS REMEMBERED, INC., *et al.*,[1] | Case No. 19-10234 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING ON FOR FEBRUARY 28, 2019, AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[2]**

**CONTINUED MATTER:**

1. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 22, filed on February 6, 2019].

   Response Deadline: February 21, 2019 at 4:00 p.m. (ET). Extended to March 7, 2019, at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

   Responses Received:

   A. Limited Objection and Joinder of CBL & Associates Management, Inc. to Certain Landlords' Objection to the Debtors' Motion Seeking Entry of Interim and Final Orders (1) Authorizing Post Petition Use of Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 157, filed on February 21, 2019].

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Things Remembered, Inc. (2696); TRM Holdco Corp. (5858); and TRM Holdings Corporation (2354). The location of the Debtors' service address is: 5500 Avion Park Drive, Highland Heights, Ohio 44143.

2 Any party who wishes to attend telephonically is required to make arrangements prior to the hearing through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

    B.    Limited Objection of Aronov Realty Management, Brookfield Property REIT Inc., Centennial Real Estate Company, LLC, Kravco Company LLC, Montebello Town Center Investors LLC, ST Mall Owner, LLC, YTC Mall Owner, LLC, Starwood Retail Partners LLC, and the Macerich Company to Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 158, filed on February 21, 2019].

Related Documents:

    A.    Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection to the Secured Parties, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [Docket No. 70, entered on February 7, 2019].

    B.    Omnibus Notice of Second Day Hearing [Docket No. 79, filed on February 7, 2019].

Status: This matter has been continued to the hearing on March 13, 2019 at 11:00 a.m. (ET).

**MATTERS UNDER CNO/COC:**

2.    Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing, but Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 6, filed on February 6, 2019].

    Response Deadline: February 21, 2019 at 4:00 p.m. (ET). Extended to February 25, 2019, at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

    Responses Received:

    A.    Informal comments received from the United States Trustee and the Official Committee of Unsecured Creditors.

Related Documents:

A. Interim Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 65, entered on February 7, 2019].

B. Omnibus Notice of Second Day Hearing [Docket No. 79, filed on February 7, 2019].

C. Certification of Counsel Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing, but Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 180, filed on February 26, 2019].

Status: A certification of counsel has been filed and submitted in accordance with the Court's procedures.

3. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (II) Granting Related Relief [Docket No. 7, filed on February 6, 2019].

Response Deadline: February 21, 2019 at 4:00 p.m. (ET). Extended to February 25, 2019, at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

Responses Received

A. Informal comments received from the Official Committee of Unsecured Creditors.

Related Documents:

A. Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (II) Granting Related Relief [Docket No. 62, entered on February 7, 2019].

B. Omnibus Notice of Second Day Hearing [Docket No. 79, filed on February 7, 2019].

  C. Certification of Counsel Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (II) Granting Related Relief [Docket No. 184, filed on February 26, 2019].

  Status: A certification of counsel has been filed and submitted in accordance with the Court's procedures.

4. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 9, filed on February 6, 2019].

  Response Deadline: February 21, 2019 at 4:00 p.m. (ET). Extended to February 25, 2019, at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

  Responses Received:

  A. Informal comments received from the Official Committee of Unsecured Creditors.

  Related Documents:

  A. Interim Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 63, entered on February 7, 2019].

  B. Omnibus Notice of Second Day Hearing [Docket No. 79, filed on February 7, 2019].

  C. Certification of Counsel Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 181, filed on February 26, 2019].

  Status: A certification of counsel has been filed and submitted in accordance with the Court's procedures.

5. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Obligations under Insurance Policies Entered into Prepetition, (B) Continue to Pay Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, (D) Maintain the Customs Surety Bonds, and (E) Honor the Terms of the Financing Agreements and Pay Premiums Thereunder, and (II) Granting Related Relief [Docket No. 10, filed on February 6, 2019].

  Response Deadline: February 21, 2019 at 4:00 p.m. (ET). Extended to February 25, 2019, at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from the Official Committee of Unsecured Creditors.

Related Documents:

A. Interim Order (I) Authorizing the Debtors to (A) Pay Their Obligations under Insurance Policies Entered into Prepetition, (B) Continue to Pay Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, (D) Maintain the Customs Surety Bonds, and (E) Honor the Terms of the Financing Agreements and Pay Premiums Thereunder, and (II) Granting Related Relief [Docket No. 71, entered on February 7, 2019].

B. Omnibus Notice of Second Day Hearing [Docket No. 79, filed on February 7, 2019].

C. Certification of Counsel Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Obligations under Insurance Policies Entered into Prepetition, (B) Continue to Pay Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, (D) Maintain the Customs Surety Bonds, and (E) Honor the Terms of the Financing Agreements and Pay Premiums Thereunder, and (II) Granting Related Relief [Docket No. 186, filed on February 26, 2019].

Status: A certification of counsel has been filed and submitted in accordance with the Court's procedures.

6. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (IV) Requiring Utility Providers to Return Deposits for Utility Services No Longer in Use, and (V) Granting Related Relief [Docket No. 11, filed on February 6, 2019].

Response Deadline: February 21, 2019 at 4:00 p.m. (ET). Extended to February 25, 2019, at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from the Official Committee of Unsecured Creditors.

      B.      Objection of Certain Utility Companies to the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (IV) Requiring Utility Providers to Return Deposits for Utility Services No Longer in Use, and (V) Granting Related Relief [Docket No. 144, filed on February 20, 2019].

      Related Documents:

      A.      Interim (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (IV) Requiring Utility Providers to Return Deposits for Utility Services No Longer in Use, and (V) Granting Related Relief [Docket No. 69, entered on February 7, 2019].

      B.      Omnibus Notice of Second Day Hearing [Docket No. 79, filed on February 7, 2019].

      C.      Certification of Counsel Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (IV) Requiring Utility Providers to Return Deposits for Utility Services No Longer in Use, and (V) Granting Related Relief [Docket No. 187, filed on February 26, 2019].

      Status:      A certification of counsel has been filed and submitted in accordance with the Court's procedures.

7.      Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 12, filed on February 6, 2019].

      Response Deadline: February 21, 2019 at 4:00 p.m. (ET). Extended to February 25, 2019, at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from the Official Committee of Unsecured Creditors.

Related Documents:

A. Interim Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 67, entered on February 7, 2019].

B. Omnibus Notice of Second Day Hearing [Docket No. 79, filed on February 7, 2019].

C. Certification of Counsel Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 182, filed on February 26, 2019].

Status: A certification of counsel has been filed and submitted in accordance with the Court's procedures.

8. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Prepetition Claims of Certain Lien Claimants and Import/Export Claimants, and (II) Granting Related Relief [Docket No. 14, filed on February 6, 2019].

Response Deadline: February 21, 2019 at 4:00 p.m. (ET). Extended to February 25, 2019, at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from the Official Committee of Unsecured Creditors.

Related Documents:

A. Interim Order (I) Authorizing Debtors to Pay Prepetition Claims of Certain Lien Claimants and Import/Export Claimants, and (II) Granting Related Relief [Docket No. 68, entered on February 7, 2019].

B. Omnibus Notice of Second Day Hearing [Docket No. 79, filed on February 7, 2019].

C.     Certification of Counsel Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Prepetition Claims of Certain Lien Claimants and Import/Export Claimants, and (II) Granting Related Relief [Docket No. 183, filed on February 26, 2019].

Status:     A certification of counsel has been filed and submitted in accordance with the Court's procedures.

9. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with respect to Common Stock and (II) Granting Related Relief [Docket No. 16, filed on February 6, 2019].

Response Deadline: February 21, 2019 at 4:00 p.m. (ET). Extended to February 25, 2019, at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

Responses Received:

A.     Informal comments received from the Official Committee of Unsecured Creditors.

Related Documents:

A.     Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with respect to Common Stock and (II) Granting Related Relief [Docket No. 66, entered on February 7, 2019].

B.     Omnibus Notice of Second Day Hearing [Docket No. 79, filed on February 7, 2019].

C.     Notice of Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 85, filed on February 8, 2019].

D.     Certification of Counsel Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with respect to Common Stock and (II) Granting Related Relief [Docket No. 185, filed on February 26, 2019].

Status:     A certification of counsel has been filed and submitted in accordance with the Court's procedures.

**MATTERS GOING FORWARD:**

10. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consultant Agreement, (II) Approving Procedures for Store Closing Sales, (III) Approving the Implementation of Customary Store Bonus Program and Payments to Non-insiders Thereunder, and (IV) Granting Related Relief [Docket No. 15, filed on February 6, 2019].

    Response Deadline: February 21, 2019 at 4:00 p.m. (ET). Extended to February 25, 2019, at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors. Extended to February 25, 2019 at 4:00 p.m. (ET) for the United States Attorney for the District of Delaware.

    Responses Received:

    A. Maricopa County Treasurer's Objection to Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consultant Agreement, (II) Approving Procedures for Store Closing Sales, (III) Approving the Implementation of Customary Store Bonus Program and Payments to Non-insiders Thereunder, and (IV) Granting Related Relief [Docket No. 160, filed on February 21, 2019].

    B. Objection of the United States to Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consultant Agreement, (II) Approving Procedures for Store Closing Sales, (III) Approving the Implementation of Customary Store Bonus Program and Payments to Non-insiders Thereunder, and (IV) Granting Related Relief [Docket No. 166, filed on February 22, 2019].

    Related Documents:

    A. Interim Order (I) Authorizing the Debtors to Assume the Consultant Agreement, (II) Approving Procedures for Store Closing Sales, (III) Approving the Implementation of Customary Store Bonus Program and Payments to Non-insiders Thereunder, and (IV) Granting Related Relief [Docket No. 64, entered on February 7, 2019].

    B. Omnibus Notice of Second Day Hearing [Docket No. 79, filed on February 7, 2019].

    C. Declaration in Support Declaration of Mackenzie L. Shea in Support of Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consultant Agreement, (II) Approving Procedures for Store Closings Sales, (III) Approving the Implementation of Customary Store Bonus Program and Payments to Non-Insiders Thereunder, and (IV) Granting Related Relief [Docket No. 168, filed on February 22, 2019].

      D.      Declaration of Sarah Baker in Support of Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consultant Agreement, (II) Approving Procedures for Store Closings Sales, (III) Approving the Implementation of Customary Store Bonus Program and Payments to Non-Insiders Thereunder, and (IV) Granting Related Relief [Docket No. 169, filed on February 22, 2019].

      Status:    This matter is going forward.

11.    Debtors' Motion Seeking Entry of an Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases, (II) Authorizing the Removal or Abandonment of Personal Property Remaining at a Rejected Location and (III) Granting Related Relief [Docket No. 17, filed on February 6, 2019].

      Response Deadline: February 21, 2019 at 4:00 p.m. (ET). Extended to February 22, 2019 at 4:00 p.m. (ET) for Ballard Spahr LLP. Extended to February 25, 2019, at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

      Responses Received:

      A.      Objection of the United States to Debtors' Motion Seeking Entry of an Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases, (II) Authorizing the Removal or Abandonment of Personal Property Remaining at a Rejected Location and (III) Granting Related Relief [Docket No. 166, filed on February 22, 2019].

      Related Documents:

      A.      Notice of Hearing Regarding Debtors' Motion Seeking Entry of an Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases, (II) Authorizing the Removal or Abandonment of Personal Property Remaining at a Rejected Location and (III) Granting Related Relief [Docket No. 80, filed on February 7, 2019].

      Status:    This matter is going forward.

Dated: February 26, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ [signature]

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**KIRKLAND & ELLIS LLP**
Christopher T. Greco, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: christopher.greco@kirkland.com
derek.hunter@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
Angela M. Snell
Spencer A. Winters (admitted *pro hac vice*)
Catherine Jun
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: angela.snell@kirkland.com
spencer.winters@kirkland.com
catherine.jun@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*