## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THINGS REMEMBERED, INC., *et al.*,[1] | ) Case No. 19-10234 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Nos. 23, 150 & 151** |
| | ) |
| | ) |

## NOTICE OF (I) DESIGNATION OF SUCCESSFUL BID; AND (II) CANCELLATION OF AUCTION

**NOTICE IS HEREBY GIVEN, as follows:**

1.      On February 21, 2019, the Court entered the *Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling an Auction and Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief* [Docket No. 150] (the "Bid Procedures Order").[2]

2.      On February 21, 2019, the Debtors filed the *Notice of Sale by Auction and Sale Hearing* [Docket No. 151] (the "Sale Notice").

3.      Pursuant to the Bid Procedures Order, the deadline by which all Bids for the Debtors' assets must be actually received by the parties specified in the Bidding Procedures was 5:00 p.m. (prevailing Eastern Time), on February 28, 2019 (the "Bid Deadline").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Things Remembered, Inc. (2696); TRM Holdco Corp. (5858); and TRM Holdings Corporation (2354). The location of the Debtors' service address is: 5500 Avion Park Drive, Highland Heights, Ohio 44143.

[2]     Capitalized terms used but not defined herein have the meanings ascribed to them in the Bid Procedures Order.

{1229.002-W0054624.2}

4.    The Debtors did not receive any Bids (other than the Stalking Horse Bid submitted by Enesco Properties, LLC ("Enesco")) prior to the Bid Deadline.  In accordance with the Bid Procedures Order, the Debtors have designated the Stalking Horse Bid submitted by Enesco as the Successful Bid.  **Accordingly, the Auction scheduled for March 4, 2019 at 10:00 a.m. (prevailing Eastern Time) is hereby cancelled.**

5.    A hearing to consider the relief requested in the *Debtors' Motion for Entry of Orders (I) Appointing a Consumer Privacy Ombudsman, (II)(A) Approving Bidding Procedures, (B) Approving Bid Protections, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Establishing Procedures for the Assumption and Assignment of Contracts and Leases, (III)(A) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, and (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (IV) Granting Related Relief* [Docket No. 23] is scheduled to commence on **March 6, 2019 at 11:00 a.m. (prevailing Eastern Time)** (the "Sale Hearing") before the Honorable Kevin Gross, United States Bankruptcy Judge for the Bankruptcy Court for the District of Delaware, at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

*[Remainder of page intentionally left blank]*

Dated: March 1, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:    (302) 467-4400
Facsimile:    (302) 467-4450
Email:        landis@lrclaw.com
              mcguire@lrclaw.com
              brown@lrclaw.com
              pierce@lrclaw.com

-and-

**KIRKLAND & ELLIS LLP**

Christopher T. Greco, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        christopher.greco@kirkland.com
              derek.hunter@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**

Angela M. Snell
Spencer A. Winters (admitted *pro hac vice*)
Catherine Jun
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        angela.snell@kirkland.com
              spencer.winters@kirkland.com
              catherine.jun@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*