## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THINGS REMEMBERED, INC., *et al.*,[1] | ) Case No. 19-10234 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### AMENDED[2] NOTICE OF AGENDA FOR HEARING ON MARCH 6, 2019, AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[3]

### MATTERS UNDER CNO/COC:

1. Application of the Debtors to Approve the Employment and Retention of Landis Rath & Cobb LLP as Co-Counsel, *Nunc Pro Tunc* to the Petition Date, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1 [Docket No. 108, filed on February 13, 2019].

   Response Deadline: February 27, 2019 at 4:00 p.m. (ET).  Extended to March 4, 2019 at 10:00 a.m. (ET) for the office of the United States Trustee.

   Responses Received:

   A.    Informal comments received from the office of the United States Trustee.

   Related Documents:

   A.    Certification of Counsel Regarding Application of the Debtors to Approve the Employment and Retention of Landis Rath & Cobb LLP as Co-Counsel, *Nunc Pro Tunc* to the Petition Date, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1 [Docket No. 249, filed on March 3, 2019].

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Things Remembered, Inc. (2696); TRM Holdco Corp. (5858); and TRM Holdings Corporation (2354).  The location of the Debtors' service address is: 5500 Avion Park Drive, Highland Heights, Ohio 44143.

[2]    **Amended items appear in bold.**

[3]    Any party who wishes to attend telephonically is required to make arrangements prior to the hearing through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

{1229.001-W0054684.}

      **B.**      **Order Authorizing the Employment and Retention of Landis Rath & Cobb LLP as Co-Counsel, _Nunc Pro Tunc_ to the Petition Date, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1 [Docket No. 274, entered on March 5, 2019].**

      **Status:  An order has been entered.**

2.      Debtors' Application for Entry of an Order Authorizing the (I) Retention of Berkeley Research Group, LLC and (II) Designation of Robert J. Duffy as Chief Restructuring Officer and Brett Witherell as Chief Financial Officer, _Nunc Pro Tunc_ to the Petition Date [Docket No. 110, filed on February 13, 2019].

      Response Deadline:  February 27, 2019 at 4:00 p.m. (ET).  Extended to March 4, 2019 at 10:00 a.m. (ET) for the office of the United States Trustee.

      Responses Received:

      A.      Informal comments received from the office of the United States Trustee.

      Related Documents:

      A.      Certification of Counsel Regarding Application for Entry of an Order Authorizing the (I) Retention of Berkeley Research Group, LLC and (II) Designation of Robert J. Duffy as Chief Restructuring Officer and Brett Witherell as Chief Financial Officer, _Nunc Pro Tunc_ to the Petition Date [Docket No. 250, filed on March 3, 2019].

      **B.**      **Order Authorizing Debtors to (I) Retain Berkeley Research Group, LLC and (II) Designate Robert J. Duffy as Chief Restructuring Officer and Brett Witherell as Chief Financial Officer, _Nunc Pro Tunc_ to the Petition Date [Docket No. 272, entered on March 5, 2019].**

      **Status:  An order has been entered.**

3.      Debtors' Application for Entry of an Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, (I) Authorizing Employment and Retention of Malfitano Advisors, LLC as the Debtors' Asset Disposition Advisor and Consultant, _Nunc Pro Tunc_ to the Petition Date and (II) Granting Related Relief [Docket No. 111, filed on February 13, 2019].

      Response Deadline:  February 27, 2019 at 4:00 p.m. (ET).  Extended to March 4, 2019 at 10:00 a.m. (ET) for the office of the United States Trustee.

      Responses Received:

      A.      Informal comments received from the office of the United States Trustee.

Related Documents:

A.    Certification of Counsel Debtors' Application for Entry of an Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, (I) Authorizing Employment and Retention of Malfitano Advisors, LLC as the Debtors' Asset Disposition Advisor and Consultant, *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief [Docket No. 251, filed on March 3, 2019].

**B.    Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, (I) Authorizing Employment and Retention of Malfitano Advisors, LLC as the Debtors' Asset Disposition Advisor and Consultant, *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief [Docket No. 269, entered on March 5, 2019].**

**Status:  An order has been entered.**

4.    Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 112, filed on February 13, 2019].

Response Deadline:  February 27, 2019 at 4:00 p.m. (ET).  Extended to March 4, 2019 at 10:00 a.m. (ET) for the office of the United States Trustee.

Responses Received:  None.

Related Documents:

A.    Certificate of No Objection Regarding Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 252, filed on March 3, 2019].

**B.    Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 268, entered on March 5, 2019].**

**Status:  An order has been entered.**

5.    Motion of the Debtors for Entry of an Order Authorizing the Employment and Retention of Professionals Utilized in the Ordinary Course of Business [Docket No. 113, filed on February 13, 2019].

Response Deadline:  February 27, 2019 at 4:00 p.m. (ET). Extended to March 4, 2019 at 10:00 a.m. (ET) for the office of the United States Trustee.

Responses Received:

A.      Informal comments received from the office of the United States Trustee.

Related Documents:

A.      Certification of Counsel Regarding Motion of the Debtors for Entry of an Order Authorizing the Employment and Retention of Professionals Utilized in the Ordinary Course of Business [Docket No. 225, filed on February 28, 2019].

**B.      Order Granting Motion of the Debtors for Entry of an Order Authorizing the Employment and Retention of Professionals Utilized in the Ordinary Course of Business [Docket No. 267, entered on March 5, 2019].**

**Status: An order has been entered.**

6.      Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 114, filed on February 13, 2019].

Response Deadline: February 27, 2019 at 4:00 p.m. (ET). Extended to March 4, 2019 at 10:00 a.m. (ET) for the office of the United States Trustee.

Responses Received:

A.      Informal comments received from the office of the United States Trustee.

B.      Informal comments received from the Official Committee of Unsecured Creditors.

Related Documents:

A.      Certification of Counsel Regarding Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 223, filed on February 28, 2019].

**B.      Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 271, entered on March 5, 2019].**

**Status: An order has been entered.**

7.      Debtors' Application For Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors In Possession [Docket No. 115, filed on February 13, 2019].

<u>Response Deadline</u>:  February 27, 2019 at 4:00 p.m. (ET). Extended to March 4, 2019 at 10:00 a.m. (ET) for the office of the United States Trustee.

<u>Responses Received</u>:

A.    Informal comments received from the office of the United States Trustee.

<u>Related Documents</u>:

A.    Certification of Counsel Regarding Debtors' Debtors' Application For Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors In Possession [Docket No. 248, filed on March 3, 2019].

**B.    Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors In Possession [Docket No. 270, entered on March 5, 2019].**

**<u>Status</u>:  An order has been entered.**

## MATTERS GOING FORWARD:

8.    Application of Debtors to Employ and Retain Miller Buckfire & Co., LLC and Stifel, Nicolaus & Co., Inc. as Financial Advisor and Investment Banker *<u>Nunc Pro Tunc</u>* to the Petition Date [Docket No. 109, filed on February 13, 2019].

<u>Response Deadline</u>:  February 27, 2019 at 4:00 p.m. (ET).  Extended to March 4, 2019 at 10:00 a.m. (ET) for the office of the United States Trustee.

<u>Responses Received</u>:

A.    Informal comments received from the office of the United States Trustee.

<u>Related Documents</u>:

**A.    First Supplemental Declaration of Joan Doak in Support of the Application of Debtors to Employ and Retain Miller Buckfire & Co., LLC and Stifel, Nicolaus & Co., Inc. as Financial Advisor and Investment Banker *<u>Nunc Pro Tunc</u>* to the Petition Date [Docket No. 266, filed on March 5, 2019].**

**B.    Certification of Counsel Regarding Application of Debtors to Employ and Retain Miller Buckfire & Co., LLC and Stifel, Nicolaus & Co., Inc. as Financial Advisor and Investment Banker *<u>Nunc Pro Tunc</u>* to the Petition Date [Docket No. 273, filed on March 5, 2019].**

**Status:  A certification of counsel has been filed and submitted in accordance with the Court's procedures.**

9.    Debtors' Motion for Entry of Orders (I) Appointing a Consumer Privacy Ombudsman, (II) (A) Approving Bidding Procedures, (B) Approving Bid Protections, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Establishing Procedures for the Assumption and Assignment of Contracts and Leases, (III)(A) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, and (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (IV) Granting Related Relief [Docket No. 23, filed on February 6, 2019].

> Sale Response Deadline:  March 1, 2019 at 4:00 p.m. (ET).  Extended for the office of the United States Trustee to March 4, 2019 at 12:00 p.m. (ET). Extended for Brookfield Property REIT Inc., Centennial Real Estate Company, LLC, Montebello Town Center Investors LLC, Starwood Retail Partners LLC, ST Mall Owner, LLC, The Macerich Company, YTC Mall Owner, LLC and Washington Prime Group Inc. only with respect to non-stalking horse adequate assurance to before or at the Sale Hearing.

> Cure Objection Deadline: March 1, 2019 at 4:00 p.m. (ET).  Extended to March 4, 2019 at 4:00 p.m. (ET) for The Irvine Company LLC, a Delaware Limited Company, Carousel Center Company LP, Crossgates Mall General Company NewCo LLC, Holyoke Mall Company LP, Poughkeepsie Galleria LLC, Salmon Run Shopping Center, Sangertown Square LLC, Pyramid Walden Company LP, Vantiv, LLC/Worldpay and Simon Property Group, L.P.

> Cure and Assumption and Assignment Responses Received: - See **Exhibit A** attached hereto.

> Sale Responses Received:

> A.    Informal comments received from the Official Committee of Unsecured Creditors.

> **B.    Limited Objection of the United States Trustee to Debtors' Motion to Sell Estate Assets Under 11 U.S.C. Section 363 [Docket No. 256, filed on March 4, 2019].**

> Related Documents:

> A.    Notice of Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 123, filed on February 15, 2019].

B.    Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling an Auction and Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief [Docket No. 150, entered on February 21, 2019].

C.    Notice of Sale by Auction and Sale Hearing [Docket No. 151, filed on February 21, 2019].

D.    Amended Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 152, filed on February 21, 2019].

E.    Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 159, filed on February 21, 2019].

F.    Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 172, filed on February 24, 2019].

G.    Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 208, filed on February 27, 2019].

H.    Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 220, filed on February 28, 2019].

I.    Notice of (I) Designation of Successful Bid; and (II) Cancellation of Auction [Docket No. 227, filed on March 1, 2019].

J.    **Declaration of James Doak in Support of the Debtors' Motion for Entry of an Order (A) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief [Docket No. 263, filed March 4, 2019].**

*[Remainder of page intentionally left blank.]*

Status:  This matter is going forward.

Dated:  March 5, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:    (302) 467-4400
Facsimile:    (302) 467-4450
Email:        landis@lrclaw.com
              mcguire@lrclaw.com
              brown@lrclaw.com
              pierce@lrclaw.com

-and-

**KIRKLAND & ELLIS LLP**
Christopher T. Greco, P.C. (admitted _pro hac vice_)
Derek I. Hunter (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        christopher.greco@kirkland.com
              derek.hunter@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
Angela M. Snell
Spencer A. Winters (admitted _pro hac vice_)
Catherine Jun
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        angela.snell@kirkland.com
              spencer.winters@kirkland.com
              catherine.jun@kirkland.com


_Co-Counsel for the Debtors and Debtors in Possession_

## EXHIBIT A

*In re Things Remembered, Inc., et al.*
Case No. Case No. 19-10234 (KG)

**Formal Objections to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases**

| TAB NO. | DOCKET NO. | RESPONDENT | STATUS |
|---|---|---|---|
| 1 | 174 | CBL & Associates Management, Inc. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 2 | 178 | The Taubman Landlords | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 3 | 219 | Gravotech Inc. (d/b/a Gravograph) | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 4 | 229 | Tender Retail, A Division of Acceo Solutions, Inc. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 5 | 230 | Washington Prime Group Inc. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 6 | 231 | RetailMeNot, Inc. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 7 | 233 | Oracle | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 8 | 235 | STAG North Jackson 2, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 9 | 236 | Warwick Mall Owner LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 10 | 237 | Westfield, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| **11** | **239** | **Legacy Village Investors, LLC** | **Resolved** |

| 12 | 240 | Brookfield Property REIT Inc., Centennial Real Estate Company, LLC, Montebello Town Center Investors LLC, Starwood Retail Partners LLC, ST Mall Owner, LLC, The Macerich Company and YTC Mall Owner, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 13 | 259 | **Objection of Carousel Center Company, L.P., Crossgates Mall General Company NewCo, LLC, Crystal Run Galleria LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center. L.L.C., Sangertown Square, L.L.C., and Pyramid Walden Company, L.P. to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases** | **The Debtors are engaged with the objecting party and working to resolve the objection.** |

**Informal Comments to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases**

| RESPONDENT | STATUS |
|---|---|
| Simon Property Group, L.P. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| The Irvine Company LLC | Resolved |