IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THINGS REMEMBERED, INC., *et al.*,[1] | ) Case No. 19- 10234 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 18, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents (1) to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**; and (2) to be served via Email on the Respondents Service List attached hereto as **Exhibit B**:

- Hearing Cancelled - Notice of Agenda for the Hearing on March 20, 2019 at 10:00 a.m. (ET) [Docket No. 316]

- Certification of Compliance with Certain Provisions of the Report of the Consumer Privacy Ombudsman [Docket No. 317]

Dated: March 21, 2019

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me March 21, 2019, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Things Remembered, Inc. (2696); TRM Holdco Corp. (5858); and TRM Holdings Corporation (2354). The location of the Debtors' service address is: 5500 Avion Park Drive, Highland Heights, Ohio 44143.

SRF 31618

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO KRAVCO COMPANY LLC, ARONOV REALTY MANAGEMENT, AND BROOKFIELD PROPERTY REIT INC. | BALLARD SPAHR LLP | ATTN: DAVID L. POLLACK, ESQUIRE<br>51ST FLOOR – MELLON BANK CENTER<br>PHILADELPHIA PA 19103 | pollack@ballardspahr.com | Email |
| COUNSEL TO THE MACERICH COMPANY, STARWOOD RETAIL PARTNERS LLC,CENTENNIAL REAL ESTATE CO., MONTEBELLO TOWN CENTER INVESTORS LLC, ST MALL OWNER, LLC, AND YTC MALL OWNER, LLC | BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH<br>2029 CENTURY PARK EAST, SUITE 800<br>LOS ANGELES CA 90067-2909 | BRANCHD@BALLARDSPAHR.COM | Email |
| COUNSEL TO KRAVCO COMPANY LLC, ARONOV REALTY MANAGEMENT, THE MACERICH COMPANY, STARWOOD RETAIL PARTNERS LLC, CENTENNIAL REAL ESTATE CO., MONTEBELLO TOWN CENTER INVESTORS LLC, ST MALL OWNER, LLC, YTC MALL OWNER, LLC, AND BROOKFIELD PROPERTY REIT INC. | BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN, LAUREL D. ROGLEN<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | Email |
| COUNSEL TO CAROUSEL CENTER COMPANY, L.P., CROSSGATES MALL GENERAL COMPANY NEWCO, LLC, CRYSTAL RUN GALLERIA LLC, HOLYOKE MALL COMPANY, L.P., JPMG MANASSAS MALL OWNER LLC, POUGHKEEPSIE GALLERIA LLC, SALMON RUN SHOPPING CENTER, L.L.C., SANGERTOWN SQUARE, L.L.C. AND PYRAMID WALDEN COMPANY, L.P. | BARCLAY DAMON LLP | ATTN: KEVIN M. NEWMAN, ESQ.<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON STREET<br>SYRACUSE NY 13202 | KNEWMAN@BARCLAYDAMON.COM | First Class Mail and Email |
| COUNSEL TO WORLDPLAY, INC. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER, KEVIN M. CAPUZZI AND JOHN C. GENTILE<br>222 DELAWARE AVENUE<br>SUITE 801<br>WILMINGTON DE 19801 | JHOOVER@BENESCHLAW.COM<br>KCAPUZZI@BENESCHLAW.COM<br>JGENTILE@BENESCHLAW.COM | Email |
| COUNSEL TO THE IRVINE COMPANY LLC, A DELAWARE LIMITED COMPANY | BEWLEY, LASSLEBEN & MILLER, LLP | ATTN: ERNIE ZACHARY PARK<br>13215 E. PENN ST., SUITE 510<br>WHITTIER CA 90602 | ERNIE.PARK@BEWLEYLAW.COM | First Class Mail and Email |
| COUNSEL TO BROOKFIELD PROPERTY REIT, INC | BROOKFIELD PROPERTY REIT, INC., AS AGENT | ATTN: KRISTEN N. PATE, SVP & SENIOR ASSOCIATE GENERAL COUNSEL<br>350 N. ORLEANS STREET<br>SUITE 300<br>CHICAGO IL 60654-1607 | BK@BROOKFIELDPROPERTIESRETAIL.COM | Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>55 SECOND STREET<br>17TH FLOOR<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | First Class Mail and Email |
| COUNSEL TO THE MARION PLAZA, INC., D/B/A EASTWOOD MALL, CAFARO-PEACHCREEK JOINT VENTURE PARTNERSHIP D/B/A MILLCREEK MALL, SANDUSKY MALL COMPANY, THE CAFARO NORTHWEST PARTNERSHIP D/B/A SOUTH HILL MALL AND SPOTSYLVANIA MALL COMPANY D/B/A SPOTSYLVANIA TOWNE CENTRE | CAFARO MANAGEMENT COMPANY | ATTN: RICHARD T. DAVIS<br>5577 YOUNGSTOWN-WARREN RD.<br>NILES OH 44446 | RDAVIS@CAFAROCOMPANY.COM | Email |
| PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | CONNOLLY GALLAGHER LLP | ATTN: CHRISTOPHER GRIFFITHS<br>267 EAST MAIN STREET<br>NEWARK DE 19711 | CGRIFFITHS@CONNOLLYGALLAGHER.COM | First Class Mail and Email |
| COUNSEL TO HEWY WINE CHILLERS, LLC A/K/A CORKCICLE | CONNOLLY GALLAGHER LLP | ATTN: KELLY M. CONLAN<br>THE BRANDYWINE BUILDING<br>1000 N. WEST STREET, SUITE 1400<br>WILMINGTON DE 19801 | KCONLAN@CONNOLLYGALLAGHER.COM | Email |
| THE AGENT UNDER THE DEBTORS' PREPETITION ASSET-BASED FACILITY AND PREPETITION TERM LOAN FACILITY | CORTLAND CAPITAL MARKET SERVICES LLC | ATTN: MAGGIE WELCH AND LEGAL DEPARTMENT<br>225 W. WASHINGTON ST.<br>9TH FLOOR<br>CHICAGO IL 60606 | MAGGIE.WELCH@CORTLANDGLOBAL.COM<br>CHRIS.CAPEZUTI@CORTLANDGLOBAL.COM | First Class Mail and Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | First Class Mail and Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER  DE 19903 | DOSDOC_FTAX@STATE.DE.US | First Class Mail and Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER  DE 19904 | STATETREASURER@STATE.DE.US | First Class Mail and Email |
| COUNSEL TO GRAVOTECH INC. D/B/A GRAVOGRAPH | DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN, MARIS KANDESTIN<br>1201 N. MARKET STREET, SUITE 2100<br>WILMINGTON DE 19801 | CRAIG.MARTIN@DLAPIPER.COM<br>MARIS.KANDESTIN@DLAPIPER.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO GRAVOTECH INC. D/B/A GRAVOGRAPH | DLA PIPER LLP (US) | ATTN: RACHEL EHRLICH ALBANESE<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | RACHEL.ALBANESE@DLAPIPER.COM | Email |
| COUNSEL TO ORACLE AMERICA, INC. | DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI, ESQ.<br>1979 MARCUS AVENUE<br>SUITE 201E<br>LAKE SUCCESS NY 11042 | AMISH@DOSHILEGAL.COM | Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 3 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPT<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103-2029 | | First Class Mail |
| COUNSEL TO GLL U.S. RETAIL, L.P. | FRANK, WEINBERG & BLACK, P.L. | ATTN: DAVID NEAL STERN<br>1875 NW CORPORATE BOULEVARD<br>SUITE 100<br>BOCA RATON FL 33431 | dnstern@fwblaw.net | Email |
| COUNSEL TO WASHINGTON PRIME GROUP INC. | FROST BROWN TODD LLC | ATTN: RONALD E. GOLD, A.J. WEBB<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH STREET<br>CINCINNATI OH 45202 | RGOLD@FBTLAW.COM<br>AWEBB@FBTLAW.COM | Email |
| CONSUMER PRIVACY OMBUDSMAN | GIBBONS P.C. | ATTN: DAVID N. CRAPO<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310 | dcrapo@gibbonslaw.com | Email |
| COUNSEL TO WARWICK MALL L.L.C. AND STAG NORTH JACKSON 2, LLC | GOULSTON & STORRS PC | ATTN: DOUGLAS B. ROSNER, ESQ.<br>400 ATLANTIC AVENUE<br>BOSTON  MA 02110-3333 | DROSNER@GOULSTONSTORRS.COM | Email |
| COUNSEL TO INTERNATIONAL BUSINESS MACHINES CORPORATION | IBM CORPORATION | ATTN: MARIE-JOSEE DUBE<br>275 VIGER EAST<br>MONTREAL QC H2X 3R7 CANADA | | First Class Mail |
| COUNSEL FOR IBM CREDIT LLC | IBM CREDIT LLC | ATTN: ANDREW GRAVINA, SPECIAL HANDLING GROUP<br>7100 HIGHLANDS PKWY<br>SMYRNA GA 30082 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KELLEY DRYE & WARREN LLP | ATTN: ERIC R. WILSON, JASON R. ADAMS, KRISTIN S. ELLIOTT, LAUREN S. SCHLUSSEL<br>101 PARK AVENUE<br>NEW YORK NY 10178 | EWILSON@KELLEYDRYE.COM<br>JADAMS@KELLEYDRYE.COM<br>KELLIOTT@KELLEYDRYE.COM<br>LSCHLUSSEL@KELLEYDRYE.COM | First Class Mail and Email |
| COUNSEL TO DEBTOR | KIRKLAND & ELLIS LLP | ATTN: ANGELA M. SNELL, SPENCER A. WINTERS AND CATHERINE JUN<br>300 NORTH LASALLE<br>CHICAGO IL 60654 | ANGELA.SNELL@KIRKLAND.COM<br>SPENCER.WINTERS@KIRKLAND.COM<br>CATHERINE.JUN@KIRKLAND.COM | Email |
| COUNSEL TO DEBTOR | KIRKLAND & ELLIS LLP | ATTN: CHRISTOPHER T. GRECO AND DEREK I. HUNTER<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | DEREK.HUNTER@KIRKLAND.COM<br>CHRISTOPHER.GRECO@KIRKLAND.COM | Email |
| COUNSEL TO PREIT SERVICES, LLC, AS AGENT FOR PR CAPITAL CITY LIMITED PARTNERSHIP, CHERRY HILL CENTER, LLC, CUMBERLAND MALL ASSOCIATES, PR NORTH DARTMOUTH, LLC, PR EXTON SQUARE PROPERTY LP, PR FINANCING LIMITED PARTNERSHIP, MOORESTOWN MALL, LLC, PR PATRICK HENRY, LLC, PR PLYMOUTH MEETING LIMITED PARTNERSHIP, PR SPRINGFIELD/DELCO LIMITED PARTNERSHIP, PR VIEWMONT LIMITED PARTNERSHIP, WG PARK, L.P., PR WOODLAND LIMITED PARTNERSHIP AND PR WYOMING VALLEY LIMITED PARTNERSHIP | KURTZMAN STEADY, LLC | ATTN: JEFFREY KURTZMAN, ESQUIRE<br>401 S. 2ND STREET<br>SUITE 200<br>PHILADELPHIA PA 19147 | KURTZMAN@KURTZMANSTEADY.COM | Email |
| CO-COUNSEL TO DEBTOR | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, MATTHEW B. MCGUIRE, KIMBERLY A. BROWN, MATTHEW R. PIERCE<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | LANDIS@LRCLAW.COM<br>MCGUIRE@LRCLAW.COM<br>BROWN@LRCLAW.COM<br>PIERCE@LRCLAW.COM | Email |
| COUNSEL TO EASTVIEW MALL LLC, GREECE RIDGE, LLC, THE MARKETPLACE | LAW OFFICE OF DONALD C. COWAN JR. | ATTN: DONALD C. COWAN JR.<br>1265 SCOTTSVILLE ROAD<br>ROCHESTER NY 14624 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO TAUBMAN LANDLORDS | LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN, ESQ.<br>919 N. MARKET STREET, SUITE 460<br>WILMINGTON DE 19801 | SKAUFMAN@SKAUFMANLAW.COM | Email |
| COUNSEL TO WESTFIELD, LLC, ANNAPOLIS MALL OWNER LLC, BRANDON SHOPPING CENTER PARTNERS LTD., BROWARD MALL LLC, CITRUS PARK MALL OWNER LLC, COUNTRYSIDE MALL LLC, CULVER CITY MALL LLC, MERIDEN SQUARE PARTNERSHIP, MISSIONVALLEY SHOPPINGTOWN, LLC, NORTH COUNTY FAIR LP, EWHESCONDIDO ASSOCIATES, L.P., PLAZABONITA LLC, ROSEVILLE SHOPPINGTOWN LLC, SHERMAN OAKS FASHION ASSOCIATES, LP, SUNRISE MALL LLC, TRUMBULL SHOPPING CENTER #2 LLC, V F MALL LLC, VALENCIA TOWN CENTER VENTURE, L.P., WEA PALM DESERT LLC, WEA SOUTHCENTER LLC, WESTLAND GARDEN STATE, PLAZA LIMITED PARTNERSHIP, WESTLAND SOUTH SHORE MALL L.P., AND WHEATON PLAZA REGIONAL SHOPPING CENTER LLC | LECLAIRRYAN | ATTN: ANDREW L. COLE<br>800 NORTH KING STREET<br>SUIT 303<br>WILMINGTON DE 19801 | andrew.cole@leclairryan.com | Email |
| COUNSEL TO WESTFIELD, LLC, ANNAPOLIS MALL OWNER LLC, BRANDON SHOPPING CENTER PARTNERS LTD., BROWARD MALL LLC, CITRUS PARK MALL OWNER LLC, COUNTRYSIDE MALL LLC, CULVER CITY MALL LLC, MERIDEN SQUARE PARTNERSHIP, MISSIONVALLEY SHOPPINGTOWN, LLC, NORTH COUNTY FAIR LP, EWHESCONDIDO ASSOCIATES, L.P., PLAZABONITA LLC, ROSEVILLE SHOPPINGTOWN LLC, SHERMAN OAKS FASHION ASSOCIATES, LP, SUNRISE MALL LLC, TRUMBULL SHOPPING CENTER #2 LLC, V F MALL LLC, VALENCIA TOWN CENTER VENTURE, L.P., WEA PALM DESERT LLC, WEA SOUTHCENTER LLC, WESTLAND GARDEN STATE, PLAZA LIMITED PARTNERSHIP, WESTLAND SOUTH SHORE MALL L.P., AND WHEATON PLAZA REGIONAL SHOPPING CENTER LLC | LECLAIRRYAN, PLLC | ATTN: NICLAS A. FERLAND, ILAN MARKUS<br>545 LONG WHARF DRIVE<br>9TH FLOOR<br>NEW HAVEN CT 06511 | niclas.ferland@leclairryan.com<br>ilan.markus@leclairryan.com | Email |
| COUNSEL TO NUECES COUNTY, CAMERON COUNTY, CITY OF MCALLEN, MCLENNAN COUNTY, VICTORIA COUNTY AND HIDALGO COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DIANE WADE SANDERS<br>P.O. BOX 17428<br>AUSTIN TX 78760 | | First Class Mail |
| COUNSEL TO BEXAR COUNTY; COUNSEL TO ECTOR CAD | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DON STECKER<br>711 NAVARRO STREET<br>SUITE 300<br>SAN ANTONIO TX 78205 | SANANTONIO.BANKRUPTCY@PUBLICANS.COM | Email |
| COUNSEL TO CITY OF FRISCO, DALLLAS COUNTY, TARRANT COUNTY AND LEWISVILLE ISD | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS TX 75207 | dallas.bankruptcy@publicans.com | First Class Mail and Email |
| COUNSEL TO CYPRESS - FAIRBANKS ISD, HARRIS COUNTY, JEFFERSON COUNTY, MONTGOMERY COUNTY, GALVESTON COUNTY AND FORTBENDCOUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@PUBLICANS.COM | First Class Mail and Email |
| ATTORNEYS FOR MARICOPA COUNTY TREASURER | MARICOPA COUNTY ATTORNEY'S OFFICE | ATTN: PETER MUTHIG<br>222 NORTH CENTRAL AVENUE, SUITE 1100<br>PHOENIX AZ 85004-2206 | MUTHIGK@MCAO.MARICOPA.GOV | Email |
| COUNSEL TO THE COUNTY OF DENTON, TEXAS, THE COUNTY OF WILLIAMSON, TEXAS AND MIDLAND CENTRAL APPRAISAL DISTRICT | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: TARA LEDAY<br>PO BOX 1269<br>ROUND ROCK TX 78680 | TLEDAY@MVBALAW.COM | Email |
| COUNSEL TO PRINCE GEORGE'S COUNTY, MARYLAND AND CHARLES COUNTY, MARYLAND | MEYERS, RODBELL & ROSENBAUM, P.A. | ATTN: NICOLE C. KENWORTHY<br>6801 KENILWORTH AVENUE, SUITE 400<br>RIVERDALE MD 20737-1385 | BDEPT@MRRLAW.NET | First Class Mail and Email |
| COUNSEL TO THE MISSOURI DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE | ATTN: SHERYL L. MOREAU<br>BANKRUPTCY UNIT<br>PO BOX 475<br>JEFFERSON CITY MO 65105-0475 | | First Class Mail |
| COUNSEL TO THE MARION PLAZA, INC., D/B/A EASTWOOD MALL, CAFARO-PEACHCREEK JOINT VENTURE PARTNERSHIP D/B/A MILLCREEK MALL, SANDUSKY MALL COMPANY, THE CAFARO NORTHWEST PARTNERSHIP D/B/A SOUTH HILL MALL AND SPOTSYLVANIA MALL COMPANY D/B/A SPOTSYLVANIA TOWNE CENTRE | MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A | ATTN: RACHEL B. MERSKY<br>1201 N. ORANGE STREET<br>SUITE 400<br>WILMINGTON DE 19801 | RMERSKY@MONLAW.COM | Email |
| COUNSEL FOR UNITED PARCEL SERVICE, INC. | MORRISON & FOERSTER LLP | ATTN: JENNIFER L. MARINES, ERICA J. RICHARDS<br>250 WEST 55TH STREET<br>NEW YORK NY 10019 | JMARINES@MOFO.COM<br>ERICHARDS@MOFO.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ATTORNEY GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW, 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIMOTHY J. FOX<br>844 KING ST<br>STE 2207, LOCKBOX 35<br>WILMINGTON DE 19801 | TIMOTHY.FOX@USDOJ.GOV | First Class Mail and Email |
| OKLAHOMA COUNTY TREASURER | OKLAHOMA COUNTY TREASURER | ATTN: GRETCHEN CRAWFORD<br>320 ROBERT S. KERR, ROOM 505<br>OKLAHOMA CITY OK 73102 | GRECRA@OKLAHOMACOUNTY.ORG | Email |
| COUNSEL TO THE STALKING HORSE BIDDER AND ENESCO PROPERTIES, LLC | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JEFFREY N. POMERANTZ & MAXIM B. LITVAK<br>10100 SANTA MONICA BLVD<br>13TH FLOOR<br>LOS ANGELES CA 90067 | JPOMERANTZ@PSZJLAW.COM<br>MLITVAK@PSZJLAW.COM | Email |
| COUNSEL TO ENESCO PROPERTIES, LLC | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JOSEPH M. MULVIHILL, ESQ.<br>919 N. MARKET STREET, 17TH FLOOR<br>WILMINGTON DE 19801 | JMULVIHILL@PSZJLAW.COM | Email |
| COUNSEL TO ENESCO PROPERTIES, LLC | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: MAXIM B. LITVAK, ESQ.<br>150 CALIFORNIA STREET, 15TH FLOOR<br>SAN FRANCISCO CA 94111 | MLITVAK@PSZJLAW.COM | Email |
| COUNSEL TO BOHANNON DEVELOPMENT COMPANY | PAHL & MCCAY | ATTN: CATHERINE SCHLOMANN ROBERTSON<br>225 WEST SANTA CLARA STREET<br>SUITE 1500<br>SAN JOSE CA 95113 | CROBERTSON@PAHL-MCCAY.COM | First Class Mail and Email |
| COUNSEL TO HILCO MERCHANT RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC | PEPPER HAMILTON LLP | ATTN: DOUGLAS D. HERMANN, MARCY J. MCLAUGHLIN<br>HERCULES PLAZA, SUITE 5100<br>1313 N. MARKET STREET<br>WILMINGTON DE 19899-1709 | HERRMANND@PEPPERLAW.COM<br>MCLAUGHLINM@PEPPERLAW.COM | First Class Mail and Email |
| COUNSEL TO ARLINGTON ISD, CROWLEY ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB<br>500 E. BORDER STREET, SUITE 640<br>ARLINGTON TX 70610 | ecobb@pbfcm.com | Email |
| COUNSEL TO MIDLAND COUNTY | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LAURA J. MONROE<br>PO BOX 817<br>LUBBOCK TX 79408 | LMBKR@PBFCM.COM | Email |
| COUNSEL TO SPRING BRANCH INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: OWEN M. SONIK<br>1235 NORTH LOOP WEST, SUITE 600<br>HOUSTON TX 77008 | osonik@pbfcm.com | Email |
| COUNSEL TO PREPETITION AGENT, CORTLAND CAPITAL MARKET SERVICES LLC | RICHARDS, LAYTON & FINGER, P.A. | ATTN: DANIEL J. DEFRANCESCHI, ZACHARY I. SHAPIRO<br>920 N. KING STREET<br>WILMINGTON DE 19801 | DEFRANCESCHI@RLF.COM<br>SHAPIRO@RLF.COM | First Class Mail and Email |
| COUNSEL TO NORTH RIVERSIDE PARK ASSOCIATES LLC | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. | ATTN: FRED B. RINGEL<br>875 THIRD AVENUE<br>9TH FLOOR<br>NEW YORK NY 10022 | FBR@ROBINSONBROG.COM | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| COUNSEL TO SIMON PROPERTY GROUP, L.P. | SIMON PROPERTY GROUP, L.P. | ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | RTUCKER@SIMON.COM<br>MPROFFITT@SIMON.COM | Email |
| COUNSEL TO ROTH BROS., INC., A SODEXO COMPANY | SODEXO, INC. | ATTN: ANTOINETTE YOUNG, ESQ.<br>9801 WASHINGTONIAN BLVD., 12TH FLOOR<br>GAITHERSBURG MD 20878 | ANTOINETTE.YOUNG@SODEXO.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>1275 W. WASHINGTON ST.<br>PHOENIX AZ 85007 | AGINFO@AZAG.GOV | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | BANKRUPTCY@COAG.GOV | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>55 ELM ST.<br>HARTFORD CT 06106- | ATTORNEY.GENERAL@PO.STATE.CT.US | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | WEBMASTER@ATG.STATE.IL.US | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | IDRBANKRUPTCY@IOWA.GOV | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>120 SW 10TH AVE.<br>2ND FLOOR<br>TOPEKA  KS 66612-1597 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>700 CAPITOL AVENUE<br>SUITE 118<br>FRANKFORT  KY 40601 | WEB@AG.KY.GOV | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | CONSUMERINFO@AG.STATE.LA.US | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>6 STATE HOUSE STATION<br>AUGUSTA  ME 04333- | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN:  BANKRUPTCY DEPARTMENT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | OAG@OAG.STATE.MD.US | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108-1698 | AGO@STATE.MA.US | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | MIAG@MICHIGAN.GOV | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | ATTORNEY.GENERAL@AG.STATE.MN.US | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | ATTORNEY.GENERAL@AGO.MO.GOV | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>215 N SANDERS, THIRD FLOOR<br>PO BOX 201401<br>HELENA MT 59620-1401 | CONTACTDOJ@MT.GOV | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AGINFO@AG.NV.GOV | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>33 CAPITOL ST.<br>CONCORD NH 03301- | ATTORNEYGENERAL@DOJ.NH.GOV | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET, P.O. BOX 080<br>TRENTON NJ 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>THE CAPITOL<br>2ND FLOOR<br>ALBANY NY 12224-0341 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL<br>600 E BOULEVARD AVE, DEPT 125<br>BISMARCK ND 58505-0040 | NDAG@ND.GOV | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>30 E. BROAD ST.<br>14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1162 COURT STREET NE<br>SALEM OR 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>150 SOUTH MAIN STREET<br>PROVIDENCE RI 02903- | | First Class Mail |
| ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | CONSUMER.AFFAIRS@TN.GOV | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CAPITOL STATION<br>P.O. BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 142320<br>SALT LAKE CITY UT 84114-2320 | UAG@UTAH.GOV | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>900 EAST MAIN STREET<br>RICHMOND VA 23219 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857<br>MADISON WI 53707-7857 | | First Class Mail |
| COUNSEL TO THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | THE COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS | ATTN: COURTNEY J. HULL, ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>P.O. BOX 12548<br>AUSTIN TX 78711-2548 | courtney.hull@oag.texas.gov | Email |
| THE COUNTY OF LOUDOUN, VIRGINIA | THE COUNTY OF LOUDOUN, VIRGINIA | ATTN: LEO P. ROGERS, COUNTY ATTORNEY<br>ONE HARRISON STREET, S.E., 5TH FLOOR<br>P.O. BOX 7000<br>LEESBURG VA 20177-7000 | Steve.Jackson@Loudoun.gov | First Class Mail and Email |
| COUNSEL TO TAUBMAN LANDLORDS | THE TAUBMAN COMPANY | ATTN: ANDREW S. CONWAY, ESQ.<br>200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS MI 48304 | ACONWAY@TAUBMAN.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL FOR TRAVIS COUNTY | TRAVIS COUNTY ATTORNEY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY<br>P.O. BOX 1748<br>AUSTIN TX 78767 | KAY.BROCK@TRAVISCOUNTYTX.GOV | Email |
| ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO PREPETITION AGENT, CORTLAND CAPITAL MARKET SERVICES LLC | WEIL GOTSHAL & MANGES LLP | ATTN: DAVID GRIFFITHS, LISA LANSIO<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | DAVID.GRIFFITHS@WEIL.COM<br>LISA.LANSIO@WEIL.COM | First Class Mail and Email |
| WELLS FARGO FINANCIAL SERVICES, LLC FKA GE CAPITAL INFORMATION TECHNOLOGY SOLUTIONS | WELLS FARGO FINANCIAL SERVICES, LLC FKA GE CAPITAL INFORMATION TECHNOLOGY SOLUTIONS | ATTN: BANKRUPTCY ADMINISTRATION<br>C/O A RICOH USA PROGRAM F/D/B/A IKON FINANCIAL SERVICES<br>P.O. BOX 13708<br>MACON GA 31208-3708 | | First Class Mail |
| COUNSEL FOR GOOGLE LLC | WHITE AND WILLIAMS LLP | ATTN: MARC S. CASARINO, ESQUIRE<br>COURTHOUSE SQUARE<br>600 N. KING STREET, SUITE 800<br>WILMINGTON DE 19801 | CASARINOM@WHITEANDWILLIAMS.COM | Email |
| COUNSEL TO HEWY WINE CHILLERS, LLC A/K/A CORKCICLE | ZIMMERMAN, KISER & SUTCLIFFE, P.A. | ATTN: RICHARD BLACKSTONE WEBBER, II, ESQ.<br>315 ROBINSON STREET, SUITE 600<br>ORLANDO FL 32801 | RWEBBER@ZKSLAWFIRM.COM | Email |

**Exhibit B**

## Exhibit B
Respondents Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
| --- | --- | --- |
| HOGAN McDANIEL | Garvan F. McDaniel | gfmcdaniel@dkhogan.com |
| PERKINS COIE LLP | Schuyler G. Carroll | scarroll@perkinscoie.com |
| WHITEFORD, TAYLOR & PRESTON LLC | Christopher M. Samis, Aaron H. Stulman | astulman@wtplaw.com; csamis@wtplaw.com |
| WERB & SULLIVAN | Duane D. Werb | dwerb@werbsullivan.com |