UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Things Remembered, Inc. et. al.

Case No. 19-10234 (KG)
Reporting Period: February 6, 2019 - March 7, 2019

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | X |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | X |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | X |
| Cash disbursements journals | | X | | X |
| Statement of Operations | MOR-2 | X | | X |
| Balance Sheet | MOR-3 | X | | X |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | X |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

/s/ Brett Witherell
Signature of Authorized Individual*

3/28/19
Date

Brett Witherell
Printed Name of Authorized Individual

Chief Financial Officer
Title of Authorized Individual

- *Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

**In re: Things Remembered, Inc. et. al.**  Case No. **19-10234 (KG)**
Debtor  Reporting Period: **February 6, 2019 - March 7, 2019**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the In re: Things Remembered, Inc.
equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
|  | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $6,286,639 |  |  |  | $6,286,639 | $6,762,000 | $6,286,639 | $6,762,000 |
| **RECEIPTS** | | | | | | | | |
| CASH SALES |  |  |  |  |  |  |  |  |
| ACCOUNTS RECEIVABLE |  |  |  |  |  |  |  |  |
| LOANS AND ADVANCES |  |  |  |  |  |  |  |  |
| SALE OF ASSETS |  |  |  |  |  |  |  |  |
| OTHER (ATTACH LIST) |  |  |  |  |  |  |  |  |
| TRANSFERS (FROM DIP ACCTS) |  |  |  |  |  |  |  |  |
|  | SEE ATTACHMENT |  |  |  |  |  |  |  |
| TOTAL RECEIPTS |  |  |  |  |  |  |  |  |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL |  |  |  |  |  |  |  |  |
| PAYROLL TAXES |  |  |  |  |  |  |  |  |
| SALES, USE, & OTHER TAXES |  |  |  |  |  |  |  |  |
| INVENTORY PURCHASES |  |  |  |  |  |  |  |  |
| SECURED/ RENTAL/ LEASES |  |  |  |  |  |  |  |  |
| INSURANCE |  |  |  |  |  |  |  |  |
| ADMINISTRATIVE |  |  |  |  |  |  |  |  |
| SELLING |  |  |  |  |  |  |  |  |
| OTHER (ATTACH LIST) |  |  |  |  |  |  |  |  |
| OWNER DRAW * |  |  |  |  |  |  |  |  |
| TRANSFERS (TO DIP ACCTS) |  |  |  |  |  |  |  |  |
| PROFESSIONAL FEES |  |  |  |  |  |  |  |  |
| U.S. TRUSTEE QUARTERLY FEES |  |  |  |  |  |  |  |  |
| COURT COSTS |  |  |  |  |  |  |  |  |
| **TOTAL DISBURSEMENTS** |  |  |  |  |  |  |  |  |
| **NET CASH FLOW** |  |  |  |  |  |  |  |  |
| (RECEIPTS LESS DISBURSEMENTS) |  |  |  |  |  |  |  |  |
| **CASH - END OF MONTH** | $9,652,265 |  |  | $577,655 | $10,229,920 | $7,750,000 | $10,229,920 | $7,750,000 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**

| **DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)** | |
|---|---|
| **TOTAL DISBURSEMENTS** | $16,698,000 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $16,698,000 |

- Beginning Cash Balance for Operational Account value 0 due to cash being swept to Wells Fargo master operating account #6661
- Ending Cash Balance dated as of sale March 7, 2019.
- Ending Cash Balance does not include $3m Enesco Deposit in ending balance as a result of agreement forbidding release of payment until closing of deal.
- Ending Cash Balance reflects an additional $577k from sweep and deposit accounts that are not illustrated during the captured time period on Cash & Disbursements reconciliation on MOR 1
- Debtors TRM Holdco Corp. (Case No. 19-10236 (KG)) and TRM Holdings Corporation (Case No. 19-10238 (KG)) had no cash receipts or disbursements during the reporting period.

FORM MOR-1
(04/07)

| ($ in 000s) | Petition Week 2/6 - 2/9<br>2019 Week 1<br>WE 2/9<br>Actual | 2019 Week 2<br>WE 2/16<br>Actual | 2019 Week 3<br>WE 2/23<br>Actual | 2019 Week 4<br>WE 3/2<br>Actual | Sale Week 3/3 - 3/7<br>2019 Week 5<br>WE 3/7<br>Actual | Actuals<br>5 - Wks<br>Ending 3/7 | Budget<br>5 - Wks<br>Ending 3/7 | Comments: |
|---|---|---|---|---|---|---|---|---|
| **I. Cash Flow** | | | | | | | | |
| Proceeds | | | | | | | | |
| 1.) Sale Proceeds[1] | - | - | - | - | - | - | - | |
| 2.) GOB Receipts | 1,090 | 4,333 | 3,970 | 931 | - | 10,324 | 12,285 | |
| 3.) Proceeds from Wholesale Sales | - | - | - | 161 | - | 161 | - | Timing related variance |
| 4.) Sale of Home Office | - | - | - | - | - | - | - | |
| 5.) Sale of Engraving Equipment | - | - | 166 | 522 | - | 688 | - | Timing related variance |
| 6.) Return of Deposits | - | - | - | - | - | - | - | |
| 7.) Net Sales Receipts | 757 | 2,151 | 1,501 | 1,907 | 1,353 | 7,669 | 6,470 | |
| 8.) Return of Funds from Canada | - | - | - | - | - | - | - | |
| 9.) Release of Funds from Spring Goods Escrow | - | - | - | 1,800 | - | 1,800 | 2,200 | Timing related variance |
| 10.) Total Receipts | 1,847 | 6,484 | 5,637 | 5,321 | 1,353 | 20,641 | 20,955 | |
| | | | | | | | | |
| Operating Disbursements: | | | | | | | | |
| 11.) Non-Merchandise Vendor Pay | - | 109 | 262 | 193 | 39 | 604 | 1,577 | |
| 12.) Merchandise Vendor Pay | - | 395 | 4,423 | - | 56 | 4,874 | 5,273 | Timing related variance |
| 13.) Occupancy | - | - | - | 76 | 1,489 | 1,565 | - | Timing related variance |
| 14.) Deposits and Prepaids | - | - | 113 | 29 | - | 142 | 600 | |
| 15.) Brokerage Fees | - | - | - | - | - | - | - | |
| 16.) Sales Tax Payment | - | 730 | - | - | - | 730 | 652 | |
| 17.) Insurance | - | - | - | - | - | - | 185 | |
| 18.) GOB Expenses (to Hilco/GB) | - | - | 202 | 175 | 275 | 652 | 834 | |
| 19.) GOB Operating Expenses | 55 | 50 | 29 | 110 | - | 244 | 489 | |
| 20.) Transfer to Spring Goods Escrow | 2,200 | - | - | - | - | 2,200 | 2,200 | |
| 21.) Total Operating Disbursements | 2,255 | 1,284 | 5,028 | 584 | 1,859 | 11,010 | 11,810 | |
| | | | | | | | | |
| Payroll Related Disbursements: | | | | | | | | |
| 22.) Store Payroll | - | 69 | 1,799 | 532 | 1,604 | 4,004 | 3,968 | |
| 23.) Home Office and FC Payroll | - | 132 | 597 | 133 | 366 | 1,228 | 2,271 | |
| 24.) Severance & WARN | - | - | - | - | - | - | - | |
| 25.) PTO Payout | - | - | - | - | 215 | 215 | - | |
| 26.) Total Payroll Related Disbursements | - | 201 | 2,396 | 665 | 2,185 | 5,448 | 6,239 | |
| | | | | | | | | |
| Restructuring Costs: | | | | | | | | |
| 28.) Interest & Fees | - | - | - | 240 | - | 240 | 87 | |
| 29.) Professional Fees | - | - | - | - | - | - | 2,035 | Timing related variance |
| 30.) Stub Rent | - | - | - | - | - | - | - | |
| 31.) 503(b)9 Claims | - | - | - | - | - | - | - | |
| 32.) Other Executory Contract Cures | - | - | - | - | - | - | 1,578 | Timing related variance |
| 33.) Total Restructuring Costs | - | - | - | 240 | - | 240 | 3,700 | |
| | | | | | | | | |
| 34.) Total Disbursements | 2,255 | 1,485 | 7,424 | 1,489 | 4,045 | 16,698 | 21,749 | |
| | | | | | | | | |
| 35.) **Net Cash Flow** | (408) | 4,999 | (1,787) | 3,832 | (2,692) | 3,944 | (795) | |
| **III. Financing** | | | | | | | | |
| Cash Available: | | | | | | | | |
| 36.) Beginning Cash | 6,287 | 5,878 | 10,877 | 9,090 | 12,922 | 6,287 | 5,530 | |
| 37.) +/- Net Cash Flow | (408) | 4,999 | (1,787) | 3,832 | (2,692) | 3,944 | (795) | |
| 38.) Ending Cash (Before Debt Reductions) | 5,878 | 10,877 | 9,090 | 12,922 | 10,230 | 10,230 | 4,735 | |
| 39.) - Minimum Cash Balance | (7,000) | (7,000) | (7,000) | (7,000) | (7,000) | (7,000) | (7,000) | |
| 40.) Cash Available | - | 3,877 | 2,090 | 5,922 | 3,230 | - | - | |
| | | | | | | | | |
| Debt Rollforward: | | | | | | | | |
| 41.) Total ABL Debt | 18,724 | 18,724 | 18,724 | 18,724 | 18,724 | 18,724 | 18,724 | |
| 42.) Total Term Debt | 124,921 | 124,921 | 124,921 | 124,921 | 124,921 | 124,921 | 124,921 | |
| 43.) Total Senior Secured Debt | 143,645 | 143,645 | 143,645 | 143,645 | 143,645 | 143,645 | 143,645 | |
| 44.) - Debt Paydown | - | - | - | - | - | - | - | |
| 45.) Ending Senior Secured Debt | 143,645 | 143,645 | 143,645 | 143,645 | 143,645 | 143,645 | 143,645 | |
| | | | | | | | | |
| Cash Balance Rollforward: | | | | | | | | |
| 46.) Beginning Cash | 6,287 | 5,878 | 10,877 | 9,090 | 12,922 | 6,287 | 5,530 | |
| 47.) +/- Net Cash Flow | (408) | 4,999 | (1,787) | 3,832 | (2,692) | 3,944 | (795) | |
| 48.) - Reductions to Debt | - | - | - | - | - | - | - | |
| 49.) Ending Cash (After Debt Reductions) | 5,878 | 10,877 | 9,090 | 12,922 | 10,230 | 10,230 | 4,735 | |
| | | | | | | | | |
| 50.) Funds Available after Senior Secured Debt | - | - | - | - | - | - | - | |

1 - $3M of sale proceeds were received into escrow the week of 2/9. It has not been included in the
   Company's cash balance as it is not available until the sale closing provisions of the APA are met
- Debtors TRM Holdco Corp. (Case No. 19-10236 (KG)) and TRM Holdings Corporation (Case No. 19-10238 (KG))
had no cash receipts or disbursements during the reporting period.

Things Remembered, Inc.
SCHEDULE OF BANK ACCOUNTS AND MONTH END ACCOUNT BALANCE
Bank Account Balances - MOR 1a
Period Ending March 7, 2019

| Name of Institution | Type of Account | Last 4 digits of account number | Ending Balance March 7, 2019 |
|---|---|---|---:|
| WELLS FARGO | OPERATING | 6661 | $ 9,652,265 |
| FIFTH THIRD | DEPOSIT | 2696 | $ - |
| WELLS FARGO | COLLATERAL | 5021 | $ 250,000 |
| FIFTH THIRD | COLLATERAL | 8859 | $ 100,081 |
| BANK OF AMERICA | DEPOSIT | 9186 | $ 15,994 |
| WELLS FARGO | DEPOSIT | 0294 | $ 9,756 |
| THE HUNTINGTON NATIONAL BANK | DEPOSIT | 3866 | $ 97,150 |
| PNC | DEPOSIT | 6837 | $ 48,094 |
| JP MORGAN CHASE | DEPOSIT | 8248 | $ 5,033 |
| KEY BANK | DEPOSIT | 7787 | $ 5,150 |
| US BANK | DEPOSIT | 5232 | $ 3,516 |
| FIFTH THIRD | DEPOSIT | 5688 | $ 3,256 |
| CAPITAL ONE | DEPOSIT | 3586 | $ 2,500 |
| CITIZENS | DEPOSIT | 9900 | $ 4,324 |
| TERRITORIAL SAVINGS BANK | DEPOSIT | 9995 | $ - |
| ARMED FORCES | DEPOSIT | 3695 | $ 6,786 |
| SALEM FIVE | DEPOSIT | 3890 | $ 3,065 |
| FORT HOOD NATIONAL BANK | DEPOSIT | 0942 | $ 6,390 |
| COMMERCE BANK | DEPOSIT | 6139 | $ - |
| ARMED FORCES | DEPOSIT | 5301 | $ 2,058 |
| TERRITORIAL SAVINGS BANK | DEPOSIT | 9821 | $ - |
| BB&T | DEPOSIT | 8603 | $ 4,258 |
| FIRST CITIZENS BANK | DEPOSIT | 0294 | $ 3,498 |
| WELLS FARGO | DEPOSIT | 0640 | $ - |
| REGIONS FINANCIAL CORPORATION | DEPOSIT | 5667 | $ 3,702 |
| M&T BANK | DEPOSIT | 7038 | $ 3,043 |
| CIBC | DEPOSIT | 0409 | $ - |
| WELLS FARGO | DEPOSIT | 0580 | $ - |
| FIFTH THIRD | DEPOSIT | 0641 | $ - |
| BANK OF AMERICA | DEPOSIT | 0778 | $ - |
| BANK OF AMERICA | DEPOSIT | 0798 | $ - |
| CIBC | DEPOSIT | 0809 | $ - |
| BANK OF AMERICA | DEPOSIT | 0914 | $ - |
| BANK OF AMERICA | DEPOSIT | 0993 | $ - |
| BANK OF AMERICA | DEPOSIT | 1021 | $ - |
| BANK OF AMERICA | DEPOSIT | 1245 | $ - |
| KEY BANK | DEPOSIT | 1293 | $ - |
| CIBC | DEPOSIT | 1309 | $ - |
| KEY BANK | DEPOSIT | 1343 | $ - |
| WELLS FARGO | DEPOSIT | 1362 | $ - |
| KEY BANK | DEPOSIT | 1376 | $ - |
| BMO | DEPOSIT | 1389 | $ - |
| KEY BANK | DEPOSIT | 1434 | $ - |
| KEY BANK | DEPOSIT | 1483 | $ - |
| BANK OF AMERICA | DEPOSIT | 1495 | $ - |
| KEY BANK | DEPOSIT | 1517 | $ - |
| KEY BANK | DEPOSIT | 1533 | $ - |
| WELLS FARGO | DEPOSIT | 1541 | $ - |
| KEY BANK | DEPOSIT | 1590 | $ - |
| KEY BANK | DEPOSIT | 1608 | $ - |
| KEY BANK | DEPOSIT | 1624 | $ - |
| CIBC | DEPOSIT | 1716 | $ - |
| BANK OF AMERICA | DEPOSIT | 1717 | $ - |
| BANK OF AMERICA | DEPOSIT | 1887 | $ - |
| FIFTH THIRD | DEPOSIT | 2013 | $ - |
| WELLS FARGO | DEPOSIT | 2089 | $ - |
| KEY BANK | DEPOSIT | 2093 | $ - |
| FIFTH THIRD | DEPOSIT | 2152 | $ - |
| WELLS FARGO | DEPOSIT | 2191 | $ - |
| BANK OF AMERICA | DEPOSIT | 2238 | $ - |
| BANK OF AMERICA | DEPOSIT | 2254 | $ - |
| BANK OF AMERICA | DEPOSIT | 2270 | $ - |
| BANK OF AMERICA | DEPOSIT | 2306 | $ - |
| ROYAL BANK OF CANADA | DEPOSIT | 2319 | $ - |
| ROYAL BANK OF CANADA | DEPOSIT | 2327 | $ - |
| ROAYL BANK OF CANADA | DEPOSIT | 2335 | $ - |
| BANK OF AMERICA | DEPOSIT | 2377 | $ - |
| BANK OF AMERICA | DEPOSIT | 2403 | $ - |
| BANK OF AMERICA | DEPOSIT | 2445 | $ - |
| BANK OF AMERICA | DEPOSIT | 2454 | $ - |
| BANK OF AMERICA | DEPOSIT | 2474 | $ - |
| BANK OF AMERICA | DEPOSIT | 2526 | $ - |
| BANK OF AMERICA | DEPOSIT | 2542 | $ - |
| BANK OF AMERICA | DEPOSIT | 2555 | $ - |
| WELLS FARGO | DEPOSIT | 2632 | $ - |
| BANK OF AMERICA | DEPOSIT | 2764 | $ - |
| WELLS FARGO | DEPOSIT | 2910 | $ - |
| WELLS FARGO | DEPOSIT | 2985 | $ - |
| WELLS FARGO BANK | DEPOSIT | 2991 | $ - |
| WELLS FARGO BANK | DEPOSIT | 3321 | $ - |
| KEY BANK | DEPOSIT | 3371 | $ - |

**Things Remembered, Inc.**
**SCHEDULE OF BANK ACCOUNTS AND MONTH END ACCOUNT BALANCE**
**Bank Account Balances - MOR 1a**
**Period Ending March 7, 2019**

| Name of Institution | Type of Account | Last 4 digits of account number | Ending Balance March 7, 2019 |
|---|---|---|---|
| FIFTH THIRD BANK | DEPOSIT | 3512 | $ - |
| FIFTH THIRD | DEPOSIT | 3623 | $ - |
| KEY BANK | DEPOSIT | 3642 | $ - |
| BANK OF AMERICA | DEPOSIT | 3665 | $ - |
| WELLS FARGO | DEPOSIT | 3705 | $ - |
| BANK OF AMERICA | DEPOSIT | 3746 | $ - |
| BANK OF AMERICA | DEPOSIT | 3762 | $ - |
| BANK OF AMERICA | DEPOSIT | 3788 | $ - |
| BANK OF AMERICA | DEPOSIT | 3791 | $ - |
| WELLS FARGO | DEPOSIT | 3800 | $ - |
| BANK OF AMERICA | DEPOSIT | 3814 | $ - |
| BANK OF AMERICA | DEPOSIT | 3827 | $ - |
| BANK OF AMERICA | DEPOSIT | 3830 | $ - |
| BANK OF AMERICA | DEPOSIT | 3850 | $ - |
| BANK OF AMERICA | DEPOSIT | 3872 | $ - |
| BANK OF AMERICA | DEPOSIT | 3885 | $ - |
| BANK OF AMERICA | DEPOSIT | 3911 | $ - |
| BANK OF AMERICA | DEPOSIT | 3924 | $ - |
| BANK OF AMERICA | DEPOSIT | 3937 | $ - |
| BANK OF AMERICA | DEPOSIT | 3940 | $ - |
| BANK OF AMERICA | DEPOSIT | 4059 | $ - |
| BANK OF AMERICA | DEPOSIT | 4075 | $ - |
| BANK OF AMERICA | DEPOSIT | 4088 | $ - |
| BANK OF AMERICA | DEPOSIT | 4127 | $ - |
| BANK OF AMERICA | DEPOSIT | 4130 | $ - |
| WELLS FARGO | DEPOSIT | 4187 | $ - |
| BANK OF AMERICA | DEPOSIT | 4271 | $ - |
| WELLS FARGO | DEPOSIT | 4292 | $ - |
| WELLS FARGO | DEPOSIT | 4357 | $ - |
| WELLS FARGO | DEPOSIT | 4381 | $ - |
| WELLS FARGO | DEPOSIT | 4420 | $ - |
| WELLS FARGO | DEPOSIT | 4446 | $ - |
| WELLS FARGO | DEPOSIT | 4462 | $ - |
| WELLS FARGO | DEPOSIT | 4527 | $ - |
| BANK OF AMERICA | DEPOSIT | 4577 | $ - |
| BANK OF AMERICA | DEPOSIT | 4787 | $ - |
| BANK OF AMERICA | DEPOSIT | 4790 | $ - |
| BANK OF AMERICA | DEPOSIT | 4800 | $ - |
| CIBC | DEPOSIT | 4804 | $ - |
| BANK OF AMERICA | DEPOSIT | 4826 | $ - |
| BANK OF AMERICA | DEPOSIT | 4839 | $ - |
| BANK OF AMERICA | DEPOSIT | 4907 | $ - |
| BANK OF AMERICA | DEPOSIT | 4921 | $ - |
| WELLS FARGO | DEPOSIT | 5067 | $ - |
| WELLS FARGO | DEPOSIT | 5115 | $ - |
| BANK OF AMERICA | DEPOSIT | 5272 | $ - |
| WELLS FARGO | DEPOSIT | 5829 | $ - |
| WELLS FARGO | DEPOSIT | 5837 | $ - |
| BANK OF AMERICA | DEPOSIT | 5923 | $ - |
| BANK OF AMERICA | DEPOSIT | 5925 | $ - |
| WELLS FARGO BANK | DEPOSIT | 5971 | $ - |
| WELLS FARGO | DEPOSIT | 5989 | $ - |
| FIFTH THIRD BANK | DEPOSIT | 6090 | $ - |
| WELLS FARGO | DEPOSIT | 6384 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6400 | $ - |
| CIBC | DEPOSIT | 6402 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6418 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6426 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6459 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6467 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6483 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6491 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6509 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6517 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6541 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6558 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6574 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6582 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6590 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6616 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6624 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6632 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6640 | $ - |
| BANK OF AMERICA | DEPOSIT | 6641 | $ - |
| WELLS FARGO BANK | DEPOSIT | 6691 | $ - |
| WELLS FARGO | DEPOSIT | 6756 | $ - |
| BANK OF AMERICA | DEPOSIT | 7002 | $ - |
| SCOTIA | DEPOSIT | 7218 | $ - |
| WELLS FARGO BANK | DEPOSIT | 7273 | $ - |
| WELLS FARGO | DEPOSIT | 7457 | $ - |
| WELLS FARGO | DEPOSIT | 7465 | $ - |

Things Remembered, Inc.
SCHEDULE OF BANK ACCOUNTS AND MONTH END ACCOUNT BALANCE
Bank Account Balances - MOR 1a
Period Ending March 7, 2019

| Name of Institution | Type of Account | Last 4 digits of account number | Ending Balance March 7, 2019 |
|---|---|---|---|
| WELLS FARGO | DEPOSIT | 7481 | $ - |
| WELLS FARGO | DEPOSIT | 7499 | $ - |
| WELLS FARGO | DEPOSIT | 7515 | $ - |
| WELLS FARGO | DEPOSIT | 7549 | $ - |
| WELLS FARGO | DEPOSIT | 7553 | $ - |
| WELLS FARGO | DEPOSIT | 7556 | $ - |
| WELLS FARGO | DEPOSIT | 7572 | $ - |
| WELLS FARGO | DEPOSIT | 7598 | $ - |
| WELLS FARGO | DEPOSIT | 7614 | $ - |
| WELLS FARGO | DEPOSIT | 7622 | $ - |
| WELLS FARGO BANK | DEPOSIT | 7623 | $ - |
| WELLS FARGO | DEPOSIT | 7630 | $ - |
| WELLS FARGO | DEPOSIT | 7663 | $ - |
| WELLS FARGO | DEPOSIT | 7689 | $ - |
| WELLS FARGO | DEPOSIT | 7697 | $ - |
| BANK OF AMERICA | DEPOSIT | 7706 | $ - |
| WELLS FARGO | DEPOSIT | 7713 | $ - |
| WELLS FARGO BANK | DEPOSIT | 7721 | $ - |
| WELLS FARGO | DEPOSIT | 7747 | $ - |
| WELLS FARGO | DEPOSIT | 7754 | $ - |
| WELLS FARGO | DEPOSIT | 7770 | $ - |
| BANK OF AMERICA | DEPOSIT | 7774 | $ - |
| WELLS FARGO BANK | DEPOSIT | 7940 | $ - |
| CITIZENS BANK | DEPOSIT | 7990 | $ - |
| BANK OF AMERICA | DEPOSIT | 8025 | $ - |
| BANK OF AMERICA | DEPOSIT | 8070 | $ - |
| BANK OF AMERICA | DEPOSIT | 8096 | $ - |
| BANK OF AMERICA | DEPOSIT | 8107 | $ - |
| BANK OF AMERICA | DEPOSIT | 8193 | $ - |
| BANK OF AMERICA | DEPOSIT | 8229 | $ - |
| BANK OF AMERICA | DEPOSIT | 8232 | $ - |
| WELLS FARGO | DEPOSIT | 8246 | $ - |
| BANK OF AMERICA | DEPOSIT | 8287 | $ - |
| BANK OF AMERICA | DEPOSIT | 8407 | $ - |
| BANK OF AMERICA | DEPOSIT | 8449 | $ - |
| BANK OF AMERICA | DEPOSIT | 8452 | $ - |
| BANK OF AMERICA | DEPOSIT | 8494 | $ - |
| FIFTH THIRD BANK | DEPOSIT | 8506 | $ - |
| FIFTH THIRD BANK | DEPOSIT | 8514 | $ - |
| BANK OF AMERICA | DEPOSIT | 8559 | $ - |
| BANK OF AMERICA | DEPOSIT | 8614 | $ - |
| BANK OF AMERICA | DEPOSIT | 8656 | $ - |
| BANK OF AMERICA | DEPOSIT | 8705 | $ - |
| BANK OF AMERICA | DEPOSIT | 8717 | $ - |
| BANK OF AMERICA | DEPOSIT | 8779 | $ - |
| WELLS FARGO BANK | DEPOSIT | 8784 | $ - |
| BANK OF AMERICA | DEPOSIT | 8818 | $ - |
| BANK OF AMERICA | DEPOSIT | 8850 | $ - |
| BANK OF AMERICA | DEPOSIT | 8876 | $ - |
| WELLS FARGO | DEPOSIT | 8906 | $ - |
| WELLS FARGO | DEPOSIT | 8943 | $ - |
| WELLS FARGO | DEPOSIT | 8992 | $ - |
| WELLS FARGO | DEPOSIT | 9024 | $ - |
| WELLS FARGO | DEPOSIT | 9040 | $ - |
| WELLS FARGO | DEPOSIT | 9057 | $ - |
| BANK OF AMERICA | DEPOSIT | 9141 | $ - |
| WELLS FARGO | DEPOSIT | 9651 | $ - |
| WELLS FARGO | DEPOSIT | 9669 | $ - |
| KEY BANK | DEPOSIT | 9740 | $ - |
| BANK OF AMERICA | DEPOSIT | 9835 | $ - |
| **Total** | | | $ 10,229,920 |

- Bank account balances do not reflect the $3M of sale proceeds received into escrow the week of 2/9. It has not been included in the Company's cash balances as it is not available until the sale closing provisions of the APA are met.
- I, Brett Witherell, attest that all requisite bank reconciliations for the above-referenced bank accounts have been performed for the reporting period.

In re: Things Remembered, Inc. et. al.  
        Debtor

Case No. <u>19-10234 (KG)</u>  
Reporting Period: As of Month Ended March 7, 2019

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
This schedule is to include all retained professional payments from case inception to current month

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| **None** | 2/6/2019 - 3/7/2019 | | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

- TRM Holdco & TRM Holdings Corp. has no activity to report.

In re <u>Things Remembered, Inc. et. al.</u>            Case No. <u>19-10234 (KG)</u>
           Debtor            Reporting Period: As of Month Ended March 7, 2019

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---:|---:|
| Gross Revenues | 20,093,317 | 20,093,317 |
| Less: Returns and Allowances | (228,639) | (228,639) |
| Net Revenue | 19,864,679 | 19,864,679 |
| **COST OF GOODS SOLD** | | |
| Cost of Goods Sold | 10,338,436 | 10,338,436 |
| Freight Expense | 286,986 | 286,986 |
| Shrink | 724,939 | 724,939 |
| Damage/Obsolescence | (471,065) | (471,065) |
| Gross Profit | 8,985,383 | 8,985,383 |
| **OPERATING EXPENSES** | | |
| Advertising | 128,440 | 128,440 |
| Auto and Truck Expense | 32,836 | 32,836 |
| Bad Debts | 1,616 | 1,616 |
| Bank/Credit Card Fees | 323,499 | 323,499 |
| Contributions | - | - |
| Employee Benefits Programs | 1,066,840 | 1,066,840 |
| Insider Compensation* | 71,461 | 71,461 |
| Insurance | 57,454 | 57,454 |
| Management Fees/Bonuses | - | - |
| Office Expense | 127,243 | 127,243 |
| Pension & Profit-Sharing Plans | - | - |
| Repairs and Maintenance | 549,297 | 549,297 |
| Rent and Lease Expense | 2,788,249 | 2,788,249 |
| Salaries/Commissions/Fees | 5,300,074 | 5,300,074 |
| Supplies | 41,912 | 41,912 |
| Taxes - Payroll | 472,290 | 472,290 |
| Taxes - Real Estate | 328,216 | 328,216 |
| Taxes - Other | 61 | 61 |
| Travel and Entertainment | 59,727 | 59,727 |
| Utilities | 330,858 | 330,858 |
| Other (attach schedule) | 225,749 | 225,749 |
| Total Operating Expenses Before Depreciation | 11,905,820 | 11,905,820 |
| Depreciation/Depletion/Amortization | 637,925 | 637,925 |
| Net Profit (Loss) Before Other Income & Expenses | (3,558,362) | (3,558,362) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | (24,551) | (24,551) |
| Interest Expense | 1,715,421 | 1,715,421 |
| Other Expense (attach schedule) | 31,844 | 31,844 |
| Net Profit (Loss) Before Reorganization Items | (5,281,077) | (5,281,077) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 4,506,849 | 4,506,849 |
| U. S. Trustee Quarterly Fees | - | - |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | (24,255) | (24,255) |
| Gain (Loss) from Sale of Equipment | 3,338,524 | 3,338,524 |
| Other Reorganization Expenses (attach schedule) | - | - |
| Total Reorganization Expenses | - | - |
| Income Taxes | - | - |
| Net Profit (Loss) | (13,150,704) | (13,150,704) |

- *"Insider" is defined in 11 U.S.C. Section 101(31).

- Damage/Obsolescence - Positive value is result of sale of merchandise that was previously written down as obsolesced.

- Insider compensation is ordinary course salary & expense amounts for CEO & Secretary/General Counsel.

- Debtors TRM Holdco Corp. (Case No. 19-10236 (KG)) and TRM Holdings Corporation (Case No. 19-10238 (KG)) had no income statement activity for the reporting period.

FORM MOR-2
(04/07)

**Things Remembered, Inc.**
**Balance Sheet (US only) - MOR 3**
**Period Ending March 7, 2019**

|  |  | Things Remembered, Inc. For Period Ending Feb 5, 2019 | Things Remembered, Inc. For Period Ending Mar 7, 2019 | TRM Holdings Corp. For Period Ending Mar 7, 2019 |
|---|---|---:|---:|---:|
| **I. Assets** | | | | |
| 1.) | Current Assets | | | |
| | i.) Cash | 7,850 | 11,373 | - |
| | ii.) Accounts Receivable | 1,667 | 684 | - |
| | iii.) Prepaid Expenses | 8,090 | 6,325 | - |
| | iv.) Inventories | 23,309 | 17,998 | - |
| | v.) Deferred Taxes | - | - | - |
| 2.) | Total Current Assets | 40,916 | 36,380 | - |
| 3.) | Property and Equipment, at cost | 36,226 | 28,006 | - |
| 4.) | Less - Accumulated Depreciation | (18,143) | (14,144) | - |
| 5.) | Total property and equipment, net | 18,083 | 13,862 | - |
| 6.) | Goodwill | - | - | - |
| 7.) | Intangible, net | 8,456 | 8,456 | - |
| 8.) | Long Term Deferred Assets | - | - | - |
| 9.) | Other Long Term Assets | 4,424 | 4,421 | - |
| 10.) | Total Assets | 71,880 | 63,119 | - |
| **II. Liabilities and Shareholder's Equity** | | | | |
| 1.) | Current Liabilities | | | |
| | i.) Revolver | 11,000 | 11,000 | 11,000 |
| | ii.) Current Portion of Long Term Debt | - | - | - |
| | iii.) Account Payable | 31,136 | 36,801 | - |
| | iv.) Accrued Liabilities | 15,936 | 14,829 | - |
| | v.) Deferred Revenue | 1,381 | 11 | - |
| | vi.) Debt to Related Party | (10,775) | (10,783) | - |
| | vii.) Accrued Taxes | (99) | (99) | - |
| | viii.) Current Deferred Tax Liability | - | - | - |
| 2.) | Total Current Liabilities | 48,580 | 51,758 | 11,000 |
| | i.) Long Term Term Loans | 124,419 | 125,675 | 125,675 |
| | ii.) Long Term Debt | (12,828) | (12,828) | (12,828) |
| | iii.) Long Term Deferred Financing | (848) | (848) | (848) |
| 1.) | Non-Current Long Term Debt | 110,743 | 111,999 | 111,999 |
| 2.) | Other Long Term Liabilities | 2,698 | 2,652 | - |
| 3.) | Deferred Taxes | - | - | - |
| 4.) | Stockholder's Equity | | | |
| | i.) Paid-in Capital | 2,500 | 2,500 | - |
| | ii.) Retained Earnings | (92,640) | (92,640) | - |
| | iii.) Calculated YTD Income | - | (13,151) | - |
| | iv.) Retained Earnings Adjustment | - | - | - |
| 5.) | Total Stockholder's Equity | (90,140) | (103,291) | - |
| 6.) | Total Liabilities & Stockholder's Equity | 71,880 | 63,119 | 122,999 |

**Notes**

- The period ending February 5, 2019 is reported on a consolidated basis.
- Cash in current assets includes $1.3M in cash funded for direct deposits that has cleared from bank accounts but has not yet been released from the balance sheet. Cash also includes ~$150K of cash in check float.
- $10.8M intercompany Canada receivable reflected as negative liability in Debt to Related Parties
- Debtor TRM Holdco Corp. (Case No. 19-10236 (KG)) has no assets or liabilities on its balance sheet.
- TRM Holdings Corp. is co-guarantor of long term debt obligations (Term Loan & Revolving Credit Facility).

In re: Things Remembered, Inc. et. al.  
        Debtor

Case No. _19-10234 (KG)__  
Reporting Period: As of Month Ended March 7, 2019

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.  
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.  
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | See Attached | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

State, Local, Federal taxes are processed and paid by payroll processing company ADP

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $136,018 | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | $136,018 | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**  
- Postpetition debts are to be paid by the Debtors in the ordinary course of business with cash on hand.  
- Debtors TRM Holdco Corp. (Case No. 19-10236 (KG)) and TRM Holdings Corporation (Case No. 19-10238 (KG)) had no activity to report.

**Status of Post Petition Taxes - MOR 4**
**Period Ending March 7, 2019**

## INVOICE

Sort Selection: Billing Branch/Company, Invoice Number and Check Date

| Billing Br | Billing Co | Invoice Number | Invoice Version | Invoice Date | Due Date | Invoice Status | DTL Br | DTL Co | Product | Description | Chk Date/ Pymt Date | Reason Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---:|
| ST | LS65 | 8747141 | 00 | 02/01/19 | 02/05/19 | C | ST | LS65 | TAX | MO / OTHER - SIT | 12/31/18 | 05 | 10.95- |
| ST | LS65 | 8747141 | 00 | 02/01/19 | 02/05/19 | C | ST | LS65 | TAX | Payment | 02/05/19 | 00 | 10.95 |
| Total for Invoice Number: 8747141 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 8782451 | 00 | 02/06/19 | 02/06/19 | C | ST | LS65 | TAX | Payroll | 01/31/19 | 21 | 1,424.50 |
| ST | LS65 | 8782451 | 00 | 02/06/19 | 02/06/19 | C | ST | LS65 | TAX | Payroll | 02/01/19 | 21 | 1,356.05 |
| ST | LS65 | 8782451 | 00 | 02/06/19 | 02/06/19 | C | ST | LS65 | TAX | Payroll | 02/04/19 | 21 | 1,776.03 |
| ST | LS65 | 8782451 | 00 | 02/06/19 | 02/06/19 | C | ST | LS65 | TAX | Payment | 02/05/19 | 00 | 4,556.58- |
| Total for Invoice Number: 8782451 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 8782452 | 00 | 02/06/19 | 02/07/19 | C | ST | LS65 | TAX | Payment | 02/05/19 | 00 | 595,092.69- |
| ST | LS65 | 8782452 | 00 | 02/06/19 | 02/07/19 | C | ST | LS65 | TAX | Payroll | 02/08/19 | 21 | 595,092.69 |
| Total for Invoice Number: 8782452 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 8841350 | 00 | | 02/14/19 | C | ST | LS65 | TAX | Payroll | 02/12/19 | 21 | 39.25 |
| ST | LS65 | 8841350 | 00 | | 02/14/19 | C | ST | LS65 | TAX | Payment | 02/14/19 | 00 | 39.25- |
| Total for Invoice Number: 8841350 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 8841351 | 00 | 02/13/19 | 02/14/19 | C | ST | LS65 | TAX | Payment | 02/14/19 | 00 | 23,994.60- |
| ST | LS65 | 8841351 | 00 | 02/13/19 | 02/14/19 | C | ST | LS65 | TAX | Payroll | 02/15/19 | 21 | 23,994.60 |
| Total for Invoice Number: 8841351 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 8871563 | 00 | 02/15/19 | 02/19/19 | C | ST | LS65 | TAX | MO / OTHER - SIT | 01/31/19 | 05 | 35.82- |
| ST | LS65 | 8871563 | 00 | 02/15/19 | 02/19/19 | C | ST | LS65 | TAX | Payment | 02/21/19 | 00 | 35.82 |
| Total for Invoice Number: 8871563 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 8902391 | 00 | 02/21/19 | 02/21/19 | C | ST | LS65 | TAX | Payroll | 02/16/19 | 21 | 140.54 |
| ST | LS65 | 8902391 | 00 | 02/21/19 | 02/21/19 | C | ST | LS65 | TAX | Payment | 02/21/19 | 00 | 140.54- |
| Total for Invoice Number: 8902391 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 8902392 | 00 | 02/19/19 | 02/21/19 | C | ST | LS65 | TAX | Payment | 02/21/19 | 00 | 609,173.33- |
| ST | LS65 | 8902392 | 00 | 02/19/19 | 02/21/19 | C | ST | LS65 | TAX | Payroll | 02/22/19 | 21 | 609,173.33 |
| Total for Invoice Number: 8902392 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 8980080 | 00 | 02/28/19 | 02/28/19 | C | ST | LS65 | TAX | Payroll | 02/26/19 | 21 | 146.07 |
| ST | LS65 | 8980080 | 00 | 02/28/19 | 02/28/19 | C | ST | LS65 | TAX | Payment | 02/28/19 | 00 | 146.07- |
| Total for Invoice Number: 8980080 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 8980081 | 00 | 02/27/19 | 02/28/19 | C | ST | LS65 | TAX | Payment | 02/28/19 | 00 | 23,210.51- |



## INVOICE

Sort Selection: Billing Branch/Company, Invoice Number and Check Date

| Billing Br | Billing Co | Invoice Number | Invoice Version | Invoice Date | Due Date | Invoice Status | DTL Br | DTL Co | Product | Description | Chk Date/ Pymt Date | Reason Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ST | LS65 | 8980081 | 00 | 02/27/19 | 02/28/19 | C | ST | LS65 | TAX | Payroll | 03/01/19 | 21 | 23,210.51 |
| Total for Invoice Number: 8980081 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 8995224 | 00 | 02/28/19 | 03/01/19 | C | ST | LS65 | TAX | Payment | 02/28/19 | 00 | 65,068.24- |
| ST | LS65 | 8995224 | 00 | 02/28/19 | 03/01/19 | C | ST | LS65 | TAX | Payroll | 03/01/19 | 21 | 65,068.24 |
| Total for Invoice Number: 8995224 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 9044485 | 00 | 03/06/19 | 03/07/19 | C | ST | LS65 | TAX | Payment | 03/07/19 | 00 | 576,344.67- |
| ST | LS65 | 9044485 | 00 | 03/06/19 | 03/07/19 | C | ST | LS65 | TAX | Payroll | 03/08/19 | 21 | 576,344.67 |
| Total for Invoice Number: 9044485 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 9058349 | 00 | 03/07/19 | 03/07/19 | C | ST | LS65 | TAX | Payment | 03/07/19 | 00 | 26,597.13- |
| ST | LS65 | 9058349 | 00 | 03/07/19 | 03/07/19 | C | ST | LS65 | TAX | Payroll | 03/08/19 | 21 | 26,597.13 |
| Total for Invoice Number: 9058349 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 9097865 | 00 | 03/13/19 | 03/13/19 | C | ST | LS65 | TAX | Payroll | 03/12/19 | 21 | 568.30 |
| ST | LS65 | 9097865 | 00 | 03/13/19 | 03/13/19 | C | ST | LS65 | TAX | Payment | 03/14/19 | 00 | 568.30- |
| Total for Invoice Number: 9097865 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 9097866 | 00 | 03/13/19 | 03/14/19 | C | ST | LS65 | TAX | Payment | 03/14/19 | 00 | 111,544.78- |
| ST | LS65 | 9097866 | 00 | 03/13/19 | 03/14/19 | C | ST | LS65 | TAX | Payroll | 03/15/19 | 21 | 16,979.80 |
| ST | LS65 | 9097866 | 00 | 03/13/19 | 03/14/19 | C | ST | LS65 | TAX | Payroll | 03/15/19 | 21 | 94,564.98 |
| Total for Invoice Number: 9097866 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 9123426 | 00 | 03/15/19 | 03/19/19 | C | ST | LS65 | TAX | MO / OTHER - SIT | 02/28/19 | 05 | 26.40- |
| ST | LS65 | 9123426 | 00 | 03/15/19 | 03/19/19 | C | ST | LS65 | TAX | Payment | 03/21/19 | 00 | 26.40 |
| Total for Invoice Number: 9123426 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 9157726 | 01 | | 03/22/19 | I | ST | LS65 | TAX | Payroll | 03/20/19 | 21 | 125.44 |
| ST | LS65 | 9157726 | 01 | | 03/22/19 | I | ST | LS65 | TAX | Payroll | 03/21/19 | 21 | 508.01 |
| ST | LS65 | 9157726 | 01 | | 03/22/19 | I | ST | LS65 | TAX | Payment | 03/21/19 | 00 | 633.45- |
| Total for Invoice Number: 9157726 | | | | | | | | | | | | | 0.00 |
| ST | LS65 | 9157727 | 00 | 03/20/19 | 03/21/19 | C | ST | LS65 | TAX | Payment | 03/21/19 | 00 | 40,209.86- |
| ST | LS65 | 9157727 | 00 | 03/20/19 | 03/21/19 | C | ST | LS65 | TAX | Payroll | 03/22/19 | 21 | 40,209.86 |
| Total for Invoice Number: 9157727 | | | | | | | | | | | | | 0.00 |
| Grand Total: | | | | | | | | | | | | | 0.00 |



In re: Things Remembered, Inc. et. al.  Case No. <u>19-10234 (KG)</u>
       Debtor                            Reporting Period: As of Month Ended March 7, 2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ 1,667,423 |
| + Amounts billed during the period | $ - |
| - Amounts collected during the period | $ 983,688 |
| Total Accounts Receivable at the end of the reporting period | $ 683,735 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | $ 654,515 |
| 31 - 60 days old | $ 4,441 |
| 61 - 90 days old | $ 16,687 |
| 91+ days old | $ 8,093 |
| Total Accounts Receivable | $ 683,735 |
| Amount considered uncollectible (Bad Debt) | $ - |
| Accounts Receivable (Net) | $ 683,735 |

0-30 days old receivable aging includes $194,668 of Credit Card and Amazon Receivables and $412,508.05 of Other Receivables(See attached for detail)

Receivables does not include $10.7M Canada Intercompany Receivable (listed as negative liability in Debt to Related Party Balance Sheet Account)

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | X | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | X | |

- Assets sold outside normal course of business include furniture and fixture sales from GOB sales concluded Feb 28, 2019 as authorized by the Court.
- Debtors TRM Holdco Corp. (Case No. 19-10236 (KG)) and TRM Holdings Corporation (Case No. 19-10238 (KG)) had no activity to report.
- The Debtors conducted certain closing store sales outside of the ordinary course of business as authorized by the Court [D.I. 217].
- Two (2) Bank Accounts were opened with Fifth Third Bank to serve as escrow accounts for utility deposits (account #4177) and an escrow account for springs goods deposits (account #3492) during the reporting period.

FORM MOR-5
(04/07)