IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RMBR LIQUIDATION, INC., *et al.*,[1] | ) Case No. 19-10234 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Ref. Nos. 383, 384, 385 and 390 |

### NOTICE OF FILING REVISED COPY OF JOINT CHAPTER 11 PLAN OF RMBR LIQUIDATION, INC. AND ITS DEBTOR AFFILIATES

**PLEASE TAKE NOTICE THAT** on April 24, 2019, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Joint Chapter 11 Plan of RMBR Liquidation, Inc. and Its Debtor Affiliates* [Docket No. 383], (as amended or modified, the "Plan")[2] and the *Disclosure Statement for the Joint Chapter 11 Plan of RMBR Liquidation, Inc. and Its Debtor Affiliates* [D.I. 384] (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as Exhibit A is a revised copy of the Plan. A blackline comparison showing changes to the Plan against the version filed on May 6, 2019 is attached hereto as Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: RMBR Liquidation, Inc. (2696); RMBR Liquidation Holdco Corp. (5858); and RMBR Liquidation Holdings Corporation (2354). The location of the Debtors' service address is: 5500 Avion Park Drive, Highland Heights, Ohio 44143.

[2] Capitalized terms used but not defined herein shall have the same meanings as in the Plan.

{1229.002-W0055752.}

**PLEASE TAKE FURTHER NOTICE THAT** that the Court has scheduled a hearing to consider the *Motion of the Debtors for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation Procedures and the Forms Related Thereto; and (IV) Granting Related Relief* [D.I. 385] (the "Motion") for May 7, 2019 at 3:00 p.m. (ET).

Dated: May 6, 2019  
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*

Adam G. Landis (No. 3407)  
Matthew B. McGuire (No. 4366)  
Kimberly A. Brown (No. 5138)  
Matthew R. Pierce (No. 5946)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450  
Email: landis@lrclaw.com  
mcguire@lrclaw.com  
brown@lrclaw.com  
pierce@lrclaw.com

-and-

**KIRKLAND & ELLIS LLP**  
Christopher T. Greco, P.C. (admitted *pro hac vice*)  
Derek I. Hunter (admitted *pro hac vice*)  
601 Lexington Avenue  
New York, New York 10022  
Telephone: (212) 446-4800  
Facsimile: (212) 446-4900  
Email: christopher.greco@kirkland.com  
derek.hunter@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
Spencer A. Winters (admitted *pro hac vice*)
Catherine Jun
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200
Email:        spencer.winters@kirkland.com
                  catherine.jun@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

{1229.002-W0055752.}

3