IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RMBR LIQUIDATION, INC., *et al.*,[1] ) | Case No. 19-10234 (KG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Ref. Nos. 383, 384, 385 and 390 |

## NOTICE OF FILING REVISED COPY OF THE DISCLOSURE STATEMENT FOR THE JOINT CHAPTER 11 PLAN OF LIQUIDATION OF RMBR LIQUIDATION, INC. AND ITS DEBTOR AFFILIATES

**PLEASE TAKE NOTICE THAT** on April 24, 2019, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Joint Chapter 11 Plan of RMBR Liquidation, Inc. and Its Debtor Affiliates* [Docket No. 383], (as amended or modified, the "Plan")[2] and the *Disclosure Statement for the Joint Chapter 11 Plan of RMBR Liquidation, Inc. and Its Debtor Affiliates* [D.I. 384] (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as Exhibit A is a revised copy of the Disclosure Statement. A blackline comparison showing changes to the Disclosure Statement against the version filed on May 6, 2019 is attached hereto as Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: RMBR Liquidation, Inc. (2696); RMBR Liquidation Holdco Corp. (5858); and RMBR Liquidation Holdings Corporation (2354). The location of the Debtors' service address is: 5500 Avion Park Drive, Highland Heights, Ohio 44143.

[2] Capitalized terms used but not defined herein shall have the same meanings as in the Plan.

{1229.002-W0055753.}

**PLEASE TAKE FURTHER NOTICE THAT** that the Court has scheduled a hearing to consider the *Motion of the Debtors for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation Procedures and the Forms Related Thereto; and (IV) Granting Related Relief* [D.I. 385] (the "Motion") for May 7, 2019 at 3:00 p.m. (ET).

Dated: May 6, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Matthew R. Pierce

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:    (302) 467-4400
Facsimile:    (302) 467-4450
Email:        landis@lrclaw.com
              mcguire@lrclaw.com
              brown@lrclaw.com
              pierce@lrclaw.com

-and-

**KIRKLAND & ELLIS LLP**
Christopher T. Greco, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        christopher.greco@kirkland.com
              derek.hunter@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
Spencer A. Winters (admitted *pro hac vice*)
Catherine Jun
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         spencer.winters@kirkland.com
               catherine.jun@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*