UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RMBR LIQUIDATION, INC. | : | Case No. 19-10234 (KG) |
| | : | (Jointly Administered) |
| Debtor | : | |

### CERTIFICATION OF COMPLIANCE WITH THE REPORT OF THE CONSUMER PRIVACY OMBUDSMAN DATED MARCH 1, 2019

Pursuant to the Report of The Consumer Privacy Ombudsman dated March 1, 2019 (the "Report") of the Estate of RMBR LIQUIDATION, INC., the undersigned hereby certifies and confirms that Enesco Properties, LLC has complied with the noticing procedures set forth in paragraphs 4, 5 and 6 of Section I, Recommendations, of the Report.

Dated: June 5, 2019

Respectfully submitted,

ENESCO PROPERTIES, LLC

By: _____
Charles J. Ibold, General Counsel
5500 Avion Park Dr.
Highland Heights, OH 44143
cibold@thingsremembered.com
440-473-2000