## Exhibit A

**RMBR Liquidation, Inc., *et al.***
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|-------|------------------|------------------|------------------|------------------|------------------|---------------------|
|  |  | % | % | % | % |  |
| 4 | Revolver Claims | 4 | 0 | $4,000,000.01 | $0 | ACCEPTS |
|  |  | 100% | 0% | 100% | 0% |  |