IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| RMBR LIQUIDATION, INC., *et al.*,[1] | ) Case No. 19-10234 (KBO) |
| Debtors. | ) (Jointly Administered) |
|  | ) Ref. No. 510 |

**NOTICE OF (A) ENTRY OF THE ORDER (I) APPROVING THE DISCLOSURE STATEMENT ON A FINAL BASIS AND (II) CONFIRMING THE JOINT CHAPTER 11 PLAN OF RMBR LIQUIDATION, INC. AND ITS DEBTOR AFFILIATES; (B) THE EFFECTIVE DATE THEREOF; AND (C) CERTAIN DEADLINES**

**TO CREDITORS, EQUITY INTEREST HOLDERS, AND PARTIES IN INTEREST PLEASE TAKE NOTICE THAT:**

1. **Confirmation of the Plan.** On June 12, 2019, the Honorable Kevin Gross, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Joint Chapter 11 Plan of RMBR Liquidation, Inc. and Its Debtor Affiliates* [D.I. 510] (the "Confirmation Order") (i) approving on a final basis the *Disclosure Statement for the Joint Chapter 11 Plan of RMBR Liquidation, Inc. and its Debtor Affiliates* [D.I. 420] (as further modified, revised, supplemented and amended, the "Disclosure Statement"); and (ii) confirming the *Joint Chapter 11 Plan of RMBR Liquidation, Inc. and its Debtor Affiliates* [D.I. 421] (as further modified, supplemented, revised and amended including all attachments and exhibits thereto, the "Plan").[2]

2. **Effective Date of the Plan.** All conditions precedent to occurrence of the Effective Date of the Plan have been satisfied or waived. The Effective Date of the Plan occurred on June 25, 2019.

3. **Copies of the Plan and the Confirmation Order.** Copies of the Confirmation Order, Disclosure Statement, the Plan, and related documents, are available free of charge at https://cases.primeclerk.com/ThingsRemembered/, or for a fee at the Bankruptcy Court's website

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: RMBR Liquidation, Inc. (2696); RMBR Liquidation Holdco Corp. (5858); and RMBR Liquidation Holdings Corporation (2354). The location of the Debtors' service address is: 5500 Avion Park Drive, Highland Heights, Ohio 44143.

[2] All capitalized terms used herein and not otherwise defined herein shall have the respective meanings ascribed to them in the Plan.

{1229.002-W0056340.2}

at www.deb.uscourts.gov. The Confirmation Order, Disclosure Statement, Plan and related documents also are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

4. **Second Administrative Expense Bar Date.** Pursuant to paragraph 21 of the Confirmation Order, the deadline for filing proofs of claim or requests for payment of Administrative Claims arising on or after April 30, 2019 (the "Second Administrative Expense Requests") is twenty one (21) days from the date of service of this Notice of Effective Date, which is **July 19, 2019 at 4:00 p.m. (Eastern Time)**. All Second Administrative Expense Requests should be submitted to Prime Clerk, LLC (the "Claims Agent"), in accordance with the terms of the Bar Date Order [D.I. 426]. Second Administrative Expense Requests will be deemed timely filed only if **actually received** by the Claims Agent on or before **July 19, 2019 at 4:00 p.m. (Eastern Time)** (the "Second Administrative Claim Bar Date"). Second Administrative Requests may **not** be delivered by facsimile, telecopy, or electronic mail transmission to the Clerk of the Court or the Debtors.

**If you are required to file a Second Administrative Expense Request pursuant to paragraph 21 of the Confirmation Order and fail to do so by the Second Administrative Claims Bar Date, your untimely Second Administrative Expense Claim will not be considered Allowed, and you will not be treated as a creditor for purposes of distributions with respect to such claim, and you shall be entitled to no distribution under the Plan.**

5. **Professional Fee Claims Bar Date.** Pursuant to paragraph 22 of the Confirmation Order, any Entity seeking an award by the Bankruptcy Court of compensation or reimbursement of expenses in accordance with Bankruptcy Code sections 328, 330 or 331 or entitled to priorities established pursuant to Bankruptcy Code sections 503(b)(2), 503(b)(3), 503(b)(4) or 503(b)(5) shall (1) file with the Clerk of the Bankruptcy Court no later than thirty (30) days after the Effective Date which is **July 25, 2019 at 4:00 p.m. (Eastern Time)** (the "Professional Fee Claims Bar Date"), an application, including, without limitation, a final fee application, for such award of compensation or reimbursement; (2) serve a copy thereof, together with exhibits and schedules related thereto, upon (i) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Christopher T. Greco and Derek I. Hunter, and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Spencer A. Winters; (ii) co-counsel to the Debtors, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis and Matthew B. McGuire; (iii) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Timothy J. Fox; (iv) co-counsel to the official committee of unsecured creditors appointed in these chapter 11 cases (the "Committee"), (a) Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178, Attn: Eric R. Wilson and Jason R. Adams, and (b) Connolly Gallagher LLP, 267 East Main Street, Newark, Delaware 19711, Attn: N. Christopher Griffiths; (v) the agent under the Debtors' prepetition asset-based facility and prepetition term loan facility, Cortland Capital Market Services LLC (the "Prepetition Agent"), 225 W. Washington St., 9th Floor, Chicago, Illinois 60606, Attn: Maggie Welch and Legal Department; (vi) counsel to the Prepetition Agent, (a) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: David N. Griffiths and Lisa Lansio, and (b) Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington Delaware 19801, Attn: Zachary I. Shapiro; and (3) comply with the applicable requirements for such claim.

6. **Rejection Bar Date.** Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, if any, must be Filed with the Bankruptcy Court and served on the Plan Administrator no later than (i) any deadline established for creditors holding General Unsecured Claims and (ii) twenty-one (21) days after the date of any order of the Bankruptcy Court approving such rejection. Absent order of the Court to the contrary, any Claims arising from the rejection of an Executory Contract or Unexpired Lease not Filed by the applicable deadline will not be considered Allowed and such person or entity shall not be treated as a creditor for purposes of distributions under the Plan.

7. **Binding Nature of Plan.** The Plan and its provisions are binding on the Debtors and any holder of a Claim against, or Interest in, the Debtors, and such holder's respective successors and assigns, whether or not the Claim or Interest of such holder is impaired by the Plan and whether or not such holder voted to accept or reject the Plan.

Dated: June 25, 2019  
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/_

Adam G. Landis (No. 3407)  
Matthew B. McGuire (No. 4366)  
Kimberly A. Brown (No. 5138)  
Matthew R. Pierce (No. 5946)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone:   (302) 467-4400  
Facsimile:   (302) 467-4450  
Email:       landis@lrclaw.com  
             mcguire@lrclaw.com  
             brown@lrclaw.com  
             pierce@lrclaw.com

-and-

**KIRKLAND & ELLIS LLP**  
Christopher T. Greco, P.C. (admitted _pro hac vice_)  
Derek I. Hunter (admitted _pro hac vice_)  
601 Lexington Avenue  
New York, New York 10022  
Telephone:   (212) 446-4800  
Facsimile:   (212) 446-4900  
Email:       christopher.greco@kirkland.com  
             derek.hunter@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
Spencer A. Winters (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   spencer.winters@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*