## UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF  Delaware

_____

In re:  RMBR Liquidation, Inc. et. al.    §    Case No.  19-10234
                                          §
                                          §
_____ Debtor(s)              §    ☐ Jointly Administered

# Post-confirmation Report                              Chapter 11

Quarter Ending Date: 09/30/2021                 Petition Date: 02/06/2019

Plan Confirmed Date: 06/12/2019                 Plan Effective Date: 06/25/2019

This Post-confirmation Report relates to:   ◯ Reorganized Debtor

                                            ⦿ Other Authorized Party or Entity:  Post-Effective Date Debtors
                                                                                  Name of Authorized Party or Entity

/s/ Matthew Kahn                                Matthew Kahn
Signature of Responsible Party                  Printed Name of Responsible Party

07/08/2021
Date
                                                36 Brush Hill Rd.
                                                Newton, MA 02461
                                                Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (06/07/2021)                    1

Debtor's Name RMBR Liquidation, Inc. et. al.                                                                                Case No. 19-10234

## Part 1: Summary of Post-confirmation Transfers

|   | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $127,247 | $8,223,277 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $127,247 | $8,223,277 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $882,500 | $0 | $882,500 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Landis, Rath, and Cobb | Local Counsel | $0 | $342,704 | $0 | $342,704 |
| ii | Miller Buckfire | Other | $0 | $180,000 | $0 | $180,000 |
| iii | BRG | Financial Professional | $0 | $155,960 | $0 | $155,960 |
| iv | Prime Clerk | Other | $0 | $108,765 | $0 | $108,765 |
| v | Kirkland & Ellis | Lead Counsel | $0 | $61,107 | $0 | $61,107 |
| vi | David Crapo (Ombudsman) | Other | $0 | $33,964 | $0 | $33,964 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $38,921 | $0 | $38,921 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Ernst & Young | Financial Professional | $0 | $38,921 | $0 | $38,921 |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $1,235,245 | $0 | $1,235,245 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $950,000 | $43,318 | $955,413 | $955,413 | 100% |
| b. Secured claims | $15,560,000 | $0 | $14,947,947 | $143,644,844 | 10% |
| c. Priority claims | $1,152,209 | $83,930 | $1,152,209 | $1,152,209 | 100% |
| d. General unsecured claims | $0 | $0 | $0 | $60,259,080 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                                                                                        Yes ◯   No ⦿

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated:   12/31/2021

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?       Yes ⦿   No ◯

UST Form 11-PCR (06/07/2021)                                                       2

| | |
|---|---|
| Debtor's Name RMBR Liquidation, Inc. et. al. | Case No. 19-10234 |

3

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Matthew Kahn | Matthew Kahn |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Plan Administrator | 10/15/2021 |
| Title | Date |