## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| RMBR LIQUIDATION, INC., *et al.*,[1] | ) | Case No. 19-10234 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

I, Asir Ashraf, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 20, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on Office of the United States Trustee, Attn: Timothy Fox, Timothy.Fox@USDOJ.gov:

- Post-Confirmation Report for the Quarter Ending July 3, 2021 [Docket No. 771]

Dated: October 25, 2021

*/s/ Asir Ashraf*
Asir Ashraf

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 25, 2021, by Asir Ashraf, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: RMBR Liquidation, Inc. (2696); RMBR Liquidation Holdco Corp. (5858); and RMBR Liquidation Holdings Corporation (2354). The location of the Debtors' service address is: 5500 Avion Park Drive, Highland Heights, Ohio 44143.

SRF 57424