IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RMBR LIQUIDATION, INC., *et al.*,[1] | ) | Case No. 19-10234 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Ref. Nos. 779 & 781 |

**ORDER GRANTING DEBTORS' MOTION FOR
AN ORDER FURTHER EXTENDING THE CLAIMS OBJECTION BAR DATE**

This matter coming before the Court on the motion (the "Motion")[2] of the post-Effective Date debtors in the above-captioned cases (collectively, the "Debtors," or the "Post-Effective Date Debtors") for the entry of an order pursuant to the Plan and Confirmation Order extending the Claims Objection Bar Dates to December 7, 2021; and the Court having reviewed the Motion; and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012, (ii) venue is appropriate pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and a final order may be entered on this matter under Article III of the U.S. Constitution, (iv) notice of the Motion was sufficient under the circumstances and no other or further notice is necessary, and (v) a sound business purpose exists for the relief granted herein; and the Court having determined that the legal and factual bases set forth in the Motion

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: RMBR Liquidation, Inc. (2696); RMBR Liquidation Holdco Corp. (5858); and RMBR Liquidation Holdings Corporation (2354). The location of the Debtors' service address is: 5500 Avion Park Drive, Highland Heights, Ohio 44143.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is hereby ordered that:

1. The Motion is GRANTED as set forth herein.

2. The Claims Objection Bar Dates shall be extended by one hundred twenty (120) days to April 6, 2022.

3. The relief granted herein is without prejudice to the Post-Effective Date Debtors or a successor-in-interest's right to seek further extensions of the Claims Objection Bar Dates.

4. The Post-Effective Date Debtors and their authorized representatives are authorized and empowered to take any and all actions necessary to implement the terms of this Order.

5. The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

6. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: December 28th, 2021
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE